# EXHIBIT C

| | |
|---|---|
| **SAXENA WHITE P.A.**<br>David R. Kaplan (SBN 230144)<br>dkaplan@saxenawhite.com<br>Brandon Marsh (SBN 268316)<br>bmarsh@saxenawhite.com<br>12750 High Bluff Drive, Suite 475<br>San Diego, CA 92130<br>Telephone: (858) 997-0860<br>Facsimile: (858) 369-0096<br><br>*Attorneys for Proposed Lead Plaintiff the Atlanta Funds and Proposed Co-Lead Counsel for the Class* | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>Jonathan D. Uslaner (SBN 256898)<br>jonathanu@blbglaw.com<br>2121 Avenue of the Stars, Suite 2575<br>Los Angeles, CA 90067<br>Telephone: (310) 819-3472<br><br>*Attorneys for Proposed Lead Plaintiff Baton Rouge and Proposed Co-Lead Counsel for the Class* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| BUCKS COUNTY EMPLOYEES RETIREMENT FUND, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>vs.<br><br>MERIT MEDICAL SYSTEMS, INC., FRED P. LAMPROPOULOS and RAUL PARRA,<br><br>Defendants. | No. 8:19-cv-02326-DOC-ADS<br><br>CLASS ACTION<br><br>**JOINT DECLARATION OF RICHARD LIGHT AND JEFFREY R. YATES IN SUPPORT OF THE PUBLIC PENSION FUNDS' MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** |

We, Richard Light and Jeffrey R. Yates, pursuant to 28 U.S.C. § 1746, declare as follows:

1. We respectfully submit this Joint Declaration in support of the motion of the City of Atlanta Police Pension Fund ("Atlanta Police"), City of Atlanta Firefighters' Pension Fund ("Atlanta Fire," and, collectively with Atlanta Police, the "Atlanta Funds"), and Employees' Retirement System of the City of Baton Rouge and Parish of East Baton Rouge ("Baton Rouge" and, collectively with the Atlanta Funds, the "Public Pension Funds") for appointment as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") in the above-captioned securities class action on behalf of investors in Merit Medical Systems, Inc. ("Merit Medical"). We each have personal knowledge about the information in this Joint Declaration relating to the institution or institutions with which we are associated.

2. I, Richard Light, in my capacity as a trustee of City of Atlanta Defined Benefit Pension Investment Board of Trustees on behalf of the Atlanta Funds, am authorized to make this Joint Declaration on their behalf. Atlanta Police is a public pension system organized for the benefit of current and retired police officers of the City of Atlanta, Georgia, and has approximately 3,400 members. Atlanta Fire is a public pension system organized for the benefit of current and retired firefighters of the City of Atlanta, Georgia, and has approximately 2,000 members. As of December 31, 2019, the Atlanta Funds had approximately $2 billion in combined assets under management. The Atlanta Funds are overseen by a common board, the City of Atlanta Defined Benefit Pension Investment Board of Trustees.

3. As reflected in their certifications, the Atlanta Funds purchased Merit Medical common stock during the Class Period and suffered significant losses as a result of the violations of the federal securities laws alleged in this action. The Atlanta Funds are sophisticated institutional investors that understand this case is governed by

JOINT DECLARATION OF RICHARD LIGHT AND JEFFREY R. YATES
Case No. 8:19-CV-2326-DOC-ADS

1  the PSLRA, and understand and accept the responsibilities and fiduciary obligations
2  that they will assume under the PSLRA if appointed as Lead Plaintiff. The Atlanta
3  Funds' understanding of the PSLRA's requirements is informed by their experience
4  serving as Lead Plaintiff in other securities class actions governed by the PSLRA,
5  including: *Plymouth Cty. Ret. Sys. v. GTT Commc'n, Inc.*, No. 1:19-cv-0982-CMH-
6  MSN (E.D. Va.); *In re Sinclair Broadcast Grp., Inc. Sec. Litig.*, No. 1:18-cv-02445
7  (D. Md.); *In re Iconix Brand Group, Inc.*, No. 1:15-cv-04860 (S.D.N.Y.), which
8  resulted in a recovery of $6 million with Saxena White P.A. ("Saxena White") as lead
9  counsel; and *Plymouth County Retirement Association v. Advisory Board Company*,
10 No. 1:17-cv-01940 (D.D.C.), which resulted in a recovery of $7.5 million for
11 investors.

12  4.  I, Jeffrey R. Yates, in my capacity as the Retirement Administrator of Baton Rouge, am authorized to make this declaration on its behalf. Baton Rouge is a public pension system that operates for the benefit of employees of the City of Baton Rouge, as well as its firefighters and police officers. As of December 31, 2018, Baton Rouge has approximately 7,000 participants and has approximately $1 billion in assets under management.

18  5.  As reflected in its certification, Baton Rouge purchased shares of Merit Medical common stock during the Class Period and suffered a significant loss as a result of the violations of the federal securities laws alleged in this action. Baton Rouge is a sophisticated institutional investor that understands this case is governed by the PSLRA, and understands and accepts the responsibilities and fiduciary obligations that it will assume under the PSLRA if appointed as Lead Plaintiff. Baton Rouge's understanding of the PSLRA's requirements is informed by its experience serving as Lead Plaintiff or Co-Lead Plaintiff in other securities class actions governed by the PSLRA, including: *Fresno County Employees' Retirement Association v. comScore, Inc.*, No. 1:16-cv-01820-JGK (S.D.N.Y.), in which Baton Rouge recovered

$110 million for investors while serving as lead plaintiff in partnership with another institutional investor and with Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") as lead counsel; *In re GreenSky Securities Litigation*, No. 18 Civ. 11071 (S.D.N.Y.), in which Baton Rouge serves as Lead Plaintiff together with two other institutional investors; and *In re Impinj, Inc. Securities Litigation*, No. C18-5704RSL (W.D. Wash.).

6. The Public Pension Funds believe that this case should be prosecuted by sophisticated institutional investors with significant resources and financial interests substantial enough to ensure that the action is litigated vigorously, efficiently, and in the best interests of the Class. As set forth above, the Public Pension Funds are sophisticated institutional investors with substantial resources and significant experience serving as lead plaintiffs in securities class actions governed by the PSLRA. The Public Pension Funds are highly motivated to recover the substantial losses they incurred as a result of Defendants' violations of the federal securities laws, and have dedicated and experienced internal personnel to work on and supervise the prosecution of the litigation. The Public Pension Funds' primary goal in litigating this action is to maximize the Class's recovery from all potentially culpable parties.

7. For these reasons, among others, the Atlanta Funds and Baton Rouge each independently determined that they could maximize the Class's recovery by seeking joint appointment as Lead Plaintiff. After reviewing the allegations pleaded in the action and consulting with their respective counsel, Saxena White and Bernstein Litowitz, the Atlanta Funds and Baton Rouge each approved the filing of a joint motion seeking their appointment as Lead Plaintiff.

8. After consultation with counsel and each other concerning the case, the Atlanta Funds and Baton Rouge determined that a partnership between the funds to oversee the prosecution of the action as Lead Plaintiff was appropriate and beneficial for the litigation and would advance the interests of the Class. As set forth above, the

Public Pension Funds are sophisticated institutional investors that have substantial experience serving as Lead Plaintiff in complex securities class actions. The Public Pension Funds understand and appreciate the benefits of working together with like-minded and similarly-situated institutional investors in prosecuting complex securities class actions, and have effectively served as fiduciaries on behalf of class members in other class action lawsuits under the PSLRA, recovering millions of dollars on behalf of defrauded investors. The Public Pension Funds believe that cohesive Lead Plaintiff partnerships have a positive effect on the quality of the representation provided to investors in securities class actions. We understand that the PSLRA and courts permit institutional investor partnerships that function separate and apart from their lawyers and that are able to prosecute the litigation in the best interests of the Class to serve as Lead Plaintiff. The Public Pension Funds intend to prosecute the action against Defendants in such an independent manner.

9. As part of the efforts of the Public Pension Funds to formalize their leadership of this action and to demonstrate their commitment to jointly prosecute the action, we participated in a conference call in which we discussed, among other things: the strength of the claims against Defendants; the magnitude of the Atlanta Funds' and Baton Rouge's losses arising from Defendants' misconduct; the strategy for prosecuting the action and supervising Co-Lead Counsel; the benefits that the Class would receive from the leadership of a coordinated group of institutional investors with prior experience serving as Lead Plaintiff under the PSLRA; the shared desire of the Public Pension Funds to achieve the best possible result for the Class; the interests in prosecuting the case in a collaborative, like-minded manner; and the actions taken to date and to be taken to ensure that the Class's claims will be zealously and efficiently litigated.

10. We specifically discussed a Lead Plaintiff's obligation under the PSLRA to select Co-Lead Counsel, and to supervise the prosecution of the case to ensure that

the action is prosecuted efficiently and in the interests of all Class members. The Public Pension Funds are confident that Saxena White and Bernstein Litowitz will prosecute this litigation in a zealous and efficient manner as Co-Lead Counsel under our supervision. Through supervision of proposed Co-Lead Counsel, we will ensure that the action is prosecuted for the benefit of the Class in an effective and efficient manner, without unreasonable expense or cost. To this end, the Public Pension Funds plan on regularly consulting with each other and with counsel regarding the prosecution of this lawsuit, including via telephonic conference calls and email. We also understand that some of these meetings may need to be conducted without counsel. Accordingly, we have exchanged contact information with one another, and are able to call and email each other with and without counsel as needed, including on an emergency basis if circumstances arise requiring such urgent communications, thus ensuring that we are able to make timely and well-considered decisions. The rendering of decisions for significant litigation events will be a collective effort by all members of the group, taking into account each members' respective experience as well as relative financial interest in the litigation.

11. The Public Pension Funds are committed to satisfying the fiduciary obligations that they will assume if appointed Lead Plaintiff. These obligations include conferring with our counsel at Saxena White and Bernstein Litowitz regarding the strategy for prosecuting this case, having representatives of the Public Pension Funds present at court proceedings, depositions, settlement negotiations and hearings as needed, and reviewing and authorizing the filing of important litigation documents. Through these and other measures, we will ensure and hereby reaffirm that this action against Defendants will be vigorously litigated consistent with a Lead Plaintiff's obligations under the PSLRA and in the best interests of the Class.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to the Atlanta Funds are true to the best of my knowledge.

Executed this 31 day of JANUARY, 2020

*[signature]*

Richard Light
On behalf of the City of Atlanta Police Pension Fund
and City of Atlanta Firefighters' Pension Fund

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to Baton Rouge are true to the best of my knowledge.

Executed this 3rd day of February, 2020

*[signature]*

Jeffrey R. Yates
On behalf of Employees' Retirement System of the City of Baton Rouge and Parish of East Baton Rouge