

PAUL R. BESSETTE (Bar No. 139675)
*pbessette@kslaw.com*
JOE AKROTIRIANAKIS (Bar No. 197971)
*jakro@kslaw.com*
MICHAEL J. BILES (Bar No. 186600)
*mbiles@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone:  (213) 443-4355
Facsimile:   (213) 443-4310

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

BUCKS COUNTY EMPLOYEES RETIREMENT FUND, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

MERIT MEDICAL SYSTEMS, INC., FRED P. LAMPROPOULOS, and RAUL PARRA,

Defendants.

Case No. 8:19-cv-02326-DOC-ADS

**DECLARATION OF RON FROST IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE**

Date:          May 11, 2020
Time:         8:30 a.m.
Place:         Courtroom 9D
Judge:        Hon. David O. Carter

DECLARATION OF RON FROST IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE

I, Ron Frost, declare as follows:

1.     My name is Ron Frost.  I am over 18 years of age, of sound mind, and capable of making this declaration.  The facts stated in this declaration are within my personal knowledge or based on documents provided to me by others, and to the best of my knowledge are true and correct.

2.     I am the Chief Operating Officer at Merit Medical Systems, Inc. ("Merit").  As part of this role, I have personal knowledge of the Company's recent acquisitions, employee locations, potential witness knowledge, document locations, and other various corporate information.

3.     Merit is a manufacturer and marketer in the medical device industry and focuses on proprietary disposable medical devices.  The Company is headquartered in South Jordan, Utah.

4.     Fred Lampropoulos and three other individuals founded the Company in 1987.  Mr. Lampropoulos remains the Chairman and CEO of the Company.  Raul Parra began working for the Company in 2009 and has been the CFO since July 2018.   Both Mr. Lampropoulos and Mr. Parra work from the Company's headquarters in South Jordan, Utah.

5.     All of the Company's business centers around its Utah operations, all major business decisions originate out of Utah, and all of the Company's officers and executives—including Mr. Lampropoulos and Mr. Parra—reside in Utah.  The Company has over 2,000 employees working out of its Utah headquarters.

6.     The Company conducts all of its investor relations out of its Utah headquarters.  This includes all SEC filings, earnings calls, and press releases.  All statements the Company made about its acquisitions, business strategy, and business decisions originated from its headquarters in Utah.

7.     Among other transactions, the Company acquired three companies in 2018.  First, it acquired certain products from Becton, Dickinson and Company, which was located in the Dominican Republic and Mexico, with some administrative

1

DECLARATION OF RON FROST IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE

in Utah, Illinois, and New Jersey.  Second, it acquired Cianna Medical, Inc., which was a company based out of Aliso Viejo, California.  And third, it acquired Vascular Insights, LLC and its ClariVein product, which was a company based out of Massachusetts.

8.      When the Company acquired Cianna Medical, Inc. in November 2018, it decided to continue running Cianna's office in Aliso Viejo, California.  At the time of the acquisition, the Aliso Viejo facility employed 26 individuals.  Currently, 13 of those original employees remain employed at the Aliso Viejo facility, and 6 additional employees have been hired for a total of 19 current employees.  The majority of the current employees are engineers focused on research and development of a single product; none of them made any of the alleged misstatements alleged in the Complaint filed in this litigation; and the Company does not expect any of them to be critical witnesses in this litigation.  The Company does not know where all the former employees currently reside, but it is aware that Jill Anderson, the former CEO of Cianna Medical, currently resides in Nevada.

9.      The Company has some sales employees that work from their homes all throughout the world, including some that live and work in the Central District of California.  The Company does not anticipate that any of these sales employees will have information relevant to the above-captioned litigation.

10.     The Company expects that the following individuals will be relevant witnesses in this litigation:

| Name | Title | Residence | Description of Potential Testimony |
|---|---|---|---|
| Fred Lampropoulos | Chief Executive Officer | Utah | Alleged misstatements and omissions. |

2

DECLARATION OF RON FROST IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE

| Raul Parra | Chief Financial Officer | Utah | Accounting information about forecasts and success of integrations. |
|---|---|---|---|
| Ron Frost | Chief Operating Officer | Utah | Information about operations and transferring of operations to Merit's control post-acquisitions. |
| Mike Balle | Chief Accounting Officer | Utah | Accounting information about forecasts and success of integrations. |
| Patrick McCarty | Vice President, Corporate Finance | Utah | Accounting information about forecasts and success of integrations. |
| Justin Lampropoulos | Executive Vice President, Global Sales Marketing & Strategy | Utah | Information about forecasting sales and success of integrations. |
| Todd Freese | Senior Vice President, US | Chicago | Information about forecasting sales and success of integrations. |
| Chris Durham | Executive Vice President, Acquisition and Product Integration ("Officer in Charge" for one or more of the acquisitions) | Utah | Acquisition integration. |
| Greg Fredde | Executive Vice President, Business Development | Utah | Information about pre-acquisition projections and negotiations. |

11.   The Company also retains essentially all of its documents, corporate books and records, and finances in its headquarters in South Jordan, Utah.  The

3

Company expects essentially all the relevant documents related to this litigation, including documents about the Company's acquisitions and public disclosures, to be stored either in hard copy or electronically in Utah. While there may still be some historical documents stored at the sites of the Company's acquisitions, many of the files were moved to Merit's headquarters in Utah.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on: March 20, 2020

_____
Ron Frost, Chief Operating Officer
Merit Medical Systems, Inc.

DECLARATION OF RON FROST IN SUPPORT        5        Case No. 8:19-CV-02326
OF MOTION TO TRANSFER VENUE