# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

BUCKS COUNTY EMPLOYEES RETIREMENT FUND, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

MERIT MEDICAL SYSTEMS, INC., FRED P. LAMPROPOULOS, and RAUL PARRA,

Defendants.

Case No. 8:19-cv-02326-DOC-ADS

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER VENUE**

On May 11, 2020, the motion of Defendants Merit Medical Systems, Inc., Fred P. Lampropoulos, and Raul Parra ("Defendants") to transfer venue (the "Motion") came on regularly for hearing.

After full consideration of all arguments of counsel and all points and authorities filed in support of, and in opposition to, the Motion, and GOOD CAUSE THEREFOR APPEARING, IT IS HEREBY ORDERED THAT:

A.    The Motion is GRANTED.

B.    The above-captioned action is transferred to the District Court of Utah for further proceedings.

**IT IS SO ORDERED.**

DATED: _____

_____
THE HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER VENUE