**SAXENA WHITE P.A.**
David R. Kaplan (SBN 230144)
dkaplan@saxenawhite.com
Brandon Marsh (SBN 268316)
bmarsh@saxenawhite.com
12750 High Bluff Drive, Suite 475
San Diego, CA 92130
Telephone:   (858) 997-0860
Facsimile:    (858) 369-0096

*Attorneys for Lead Plaintiffs the Atlanta Funds and Co-Lead Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Jonathan D. Uslaner (SBN 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3472

*Attorneys for Lead Plaintiff Baton Rouge and Co-Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

IN RE MERIT MEDICAL SYSTEMS, INC. SECURITIES LITIGATION

No. 8:19-cv-2326-DOC-ADS

**DECLARATION OF DAVID R. KAPLAN IN SUPPORT OF LEAD PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE**

DATE:  May 11, 2020
TIME:   8:30 a.m.
COURTROOM: 9D
JUDGE: David O. Carter

I, David R. Kaplan, declare as follows:

1.      I am over 18 years of age, of sound mind, and capable of making this declaration.  The facts stated in this declaration are within my personal knowledge or based on factual research provided to me by others within Co-Lead Counsel Saxena White P.A., and to the best of my knowledge are true and correct.

2.      I am a Director with the law firm of Saxena White P.A. and a member in good standing of the Bar of the State of California and the Bar of the Central District of California.  I represent Lead Plaintiffs in the above-captioned matter and submit this Declaration in support of Lead Plaintiffs' Opposition to Defendants' Motion to Transfer Venue.

3.      Discovery has not commenced in this action.  Lead Plaintiffs, however, continue their investigation of the case.

4.      According to a search of Orange County property records performed by Co-Lead Counsel, Defendant Lampropoulos and his wife Anne-Marie Lampropoulos purchased a house located in Newport Beach, California in 2013. Property records from February 2020 further indicate that the Lampropouloses continue to own the house (through a trust).  Attached as Exhibit A are true and correct copies of such property records.

5.      Searches of LinkedIn and other social media websites performed by Co-Lead Counsel reveal at least forty-seven former employees of Cianna Medical, Inc. ("Cianna") who identify themselves as being located in California, including a significant number of individuals located in this District or within the Court's subpoena power.  Such searches further reveal that there are numerous former employees of Cianna and Merit Medical Systems, Inc. ("Merit") who may provide material evidence related to the claims in this case, including the following:

| Name | Residence | Company | Title | Subject Matters of Potential Testimony |
|---|---|---|---|---|
| Gordon H. Busenbark | Irvine, California | Cianna | Former Chief Financial Officer (January 2014 – December 2018) | Information about pre-acquisition operations, expenses, and projections of Cianna, as well as its integration into Merit. |
| Terry Hardin | Irvine, California | Cianna | Former Vice President, Technology & Product Management; Technology & Marketing; Senior Product Manager (May 2017 – March 2019) | Information about Cianna's sales, pipeline, expenses, and marketing practices, as well as its integration into Merit |
| Tamara McArthur | Orange, California | Cianna | Former Senior Accountant (2018 – 2019) | Information about pre-acquisition operations, expenses, and projections of Cianna, as well as its integration into Merit |
| Brian C. Aukshunas | Irvine, California | Cianna | Former Controller (November 2014 – September 2019) | Information about pre-acquisition operations, expenses, and projections of Cianna, as well as its integration into Merit |
| Diana Smith | Mission Viejo, California | Cianna | Former Director of Human Resources (2017 -2018) | Information about Cianna's personnel, lines of reporting, and interactions with senior executives pre- and post-acquisition |
| Mike Numamoto | Irvine, California | Merit | Former Vice President of Marketing (October 2018 – August 2019) | Information about how the Cianna acquisition and other acquisitions fit into Merit's overall marketing strategy, as well as information on sales, pipeline, and performance issues |

| Name | Residence | Company | Title | Subject Matters of Potential Testimony |
|------|-----------|---------|-------|----------------------------------------|
| Linda Lechner | San Jose, California | Merit | Former Vice President Business Continuity (2016-2019) | Information about how the Cianna acquisition and other acquisitions fit into Merit's overall marketing strategy, as well as information on sales, pipeline, and performance issues |
| Erik Purcell | Sacramento, California | Merit | Former Regional Director (2016 – 2019) | Information about how the Cianna acquisition and other acquisitions fit into Merit's overall marketing strategy, as well as information on sales, pipeline, and performance issues |
| Danny Lira | San Jose, California | Merit | Former Territory Sales Manager (2018-2019) | Information about how the Cianna acquisition and other acquisitions fit into Merit's overall marketing strategy, as well as information on sales, pipeline, and performance issues |

Such searches have also revealed numerous current employees of Merit who may provide material evidence related to the claims in this case, including the following:

| Name | Residence | Company | Title | Subject Matters of Potential Testimony |
|------|-----------|---------|-------|----------------------------------------|
| Jill Anderson[1] | Laguna Niguel, California | Cianna and Merit | Former President & CEO of Cianna, current Merit Director | Information about Cianna prior to acquisition and integration with Merit |

[1] Jill Anderson currently serves on Merit's Board of Directors and is a party witness. Defendants assert, without evidence, that Ms. Anderson "currently resides in Nevada." ECF No. 44 at 8. According to Lead Plaintiffs' investigation, Ms. Anderson has owned a home in Laguna Niguel, California since at least 2012 and identifies herself as a resident of Laguna Niguel on LinkedIn. Exhibit B hereto contains true and correct copies of pertinent property records regarding her Laguna Niguel home.

| Lauren Outlaw | Aliso Viejo, California | Cianna and Merit | Associate Marketing Communications Manager at Merit; Former Marketing Specialist at Cianna | Information about the integration of Cianna's marketing and sales into Merit |
|---|---|---|---|---|
| James Dennewill | Laguna Hills, California | Cianna and Merit | Vice President of Operations | Information about Cianna prior to acquisition and integration process with Merit |
| Krista Murray | Laguna Niguel, California | Cianna and Merit | Marketing Manager | Information about Cianna's sales strategy |
| Mark Vinger | San Clemente, California | Cianna and Merit | Regional Sales Director | Information about Cianna's sales strategy |
| Haig Apelian | Los Angeles, California | Cianna and Merit | Business Development Manager | Information about Cianna's sales strategy and business development strategy |
| Eileen Naber | Laguna Niguel, California | Cianna | Marketing Coordinator | Information about Cianna's marketing strategy and integration of Cianna's product offerings |
| Andrea Gindorf | Aliso Viejo, California | Cianna | Account Manager | Information about Cianna's sales strategy and customer service strategy |
| Jane Perry | Verdes Peninsula, California | Merit | Vice President of Marketing | Information about Merit's sales strategy and integration of Cianna's product offerings |
| Chris Randby | Aliso Viejo, California | Merit | Marketing Manager | Information about Merit's marketing strategy and integration of Cianna's product offerings |
| Cara Phairojmahakij | Mission Viejo, California | Merit | Marketing Coordinator | Information about Merit's marketing strategy and integration of Cianna's product offerings |
| Lory Miller | Aliso Viejo, | Cianna and Merit | Customer Service Manager | Information about Cianna's sales |

| | | | | |
|---|---|---|---|---|
| | California | | | strategy and customer service strategy |
| Briana Lee Figueroa | Irvine, California | Cianna and Merit | Customer Service Manager | Information about Merit's marketing strategy and integration of Cianna's product offerings |
| Robert Shipp | Walnut Creek, California | Merit | Regional Vice President & General Manager | Information about Merit's marketing strategy and integration of Cianna's product offerings |

6. According to a Bloomberg database search performed by Lead Counsel, Merit executives traveled to and participated in the American Society of Surgeons Conference in San Francisco on October 28, 2019, the J.P. Morgan Health Care Conference in San Francisco on January 12, 2017, and the Needham Med Tech 1x1 Conference in San Francisco on November 10, 2016. Defendant Lampropoulos traveled personally to at least the Needham Med Tech 1x1 Conference, and spoke at the conference.

7. Attached hereto as Exhibit C is a true and correct copy of excerpts of a transcript of the Cianna Medical, Inc. M&A Call, dated October 1, 2018. During this call, Defendant Lampropoulos stated that Cianna employed "80 employees" and that he was going "into Orange County and meet[ing] with the employees" of Cianna.

8. Attached hereto as Exhibit D is a true and correct copy of excerpts of a transcript of the Merit investor conference call on October 25, 2018.

9. Attached hereto as Exhibit E is a true and correct copy of excerpts of a transcript of the Cianna investor conference call on February 26, 2019. During this call, Defendant Lampropoulos stated that he was in southern California "2 or 3 times" to review the progress of the integration of Cianna. He also stated that he conducted his own "due diligence" and "did a lot of work on the operations, . . . manufacturing, [and] sales force."

10.     Attached hereto as Exhibit F is a true and correct copy of excerpts of a transcript of the Cianna investor conference call on April 23, 2019.  During this call, Defendant Lampropoulos stated that he had to visit Cianna's headquarters in this District "several times" and was "going to head down there again soon."

11.     Attached hereto as Exhibit G is a true and correct copy of a press release dated July 7, 2016 issued by Merit announcing the acquisition of DFINE, Inc.

12.     Attached hereto as Exhibit H is a true and correct copy of a press release dated June 17, 2019 issued by Merit announcing the acquisition of Brightwater Medical, Inc.

13.     Attached hereto as Exhibit I is a true and correct copy of a Merit press release dated September 3, 2019.

14.     Attached hereto as Exhibit J is a true and correct copy of a Merit press release dated October 1, 2018.

15.     Attached hereto as Exhibit K is a true and correct copy of the *Table of U.S. District Courts – Median Time Intervals From Filing to Disposition of Civil Cases Terminated, by District and Method of Disposition, During the 12-Month Period Ending December 31, 2018*.  The similar table for the 12-month period ending December 31, 2019 is not attached here because it does not contain data showing the median time from filing to disposition for civil cases taken through trial for both the United States District Court for the Central District of California and the United States District Court for the District of Utah.

16.     Attached hereto as Exhibit L are true and correct copies of search results obtained from the *Stanford Law School Securities Class Action Clearinghouse* regarding the volume of securities class action lawsuits filed in the United States District Court for the Central District of California and the United States District Court for the District of Utah.  The first set of cases listed shows cases

filed in the Central District of California. The second set of cases listed shows cases filed in the District of Utah. The searches were performed today.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of April 2020 in San Diego, California.

David R. Kaplan

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07**

I HEREBY CERTIFY that, on April 13, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 13, 2020.

David R. Kaplan

DECLARATION OF DAVID R. KAPLAN
Case No.8:19-cv-2326-DOC-ADS