# EXHIBIT B

# PACIFIC COAST TITLE COMPANY

**RECORDING REQUESTED BY:**
**Pacific Coast Title**
Order No. 97504707

**AND WHEN RECORDED MAIL TO:**
**Jill D. Anderson**

███████

**Laguna Niguel, CA 92677**

Escrow No. ██████████
Parcel No. **652-051-10**

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

 **29.00**

**\* $ R 0 0 0 4 6 5 9 6 2 7 $ \***

**2012000162463 02:23pm 03/21/12**
105 406 G02 2 Non-dis
0.00 0.00 0.00 20.00 3.00 0.00 0.00 0.00

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## GRANT DEED

THE UNDERSIGNED HEREBY DECLARE THAT DOCUMENTARY TRANSFER TAX IS **$1,017.50**
☒ computed on full value of property conveyed
☐ unincorporated area of:         ☒ City of **Laguna Niguel**

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
**Brent A. Bisnar, an unmarried man**

hereby Grant(s) to ~~Jill D. Anderson,~~ Jill Anderson, an unmarried woman

the following described real property in the County of **Orange**, State of California:

███████████████ in the City of Laguna Niguel, County of Orange, State of California, as per map recorded in Book 504 Page(s) 13, 14, And 15 of Miscellaneous Maps in the Office of the County Recorder of said County.

Date     February 27, 2012

_Brent A. Bisnar_

Brent A. Bisnar

STATE OF CALIFORNIA        }
                           } S.S.
COUNTY OF _Orange_         }

On _February 29, 2012_, before me, _Stephanie Patricia Sabins_, a Notary Public, personally appeared <u>Brent A. Bisnar</u>, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraphs is true and correct. WITNESS my hand and official seal.

Signature _____

> STEPHANIE PATRICIA SABINS
> Commission # 1832098
> Notary Public - California
> Orange County
> My Comm. Expires Jan 19, 2013

Mail Tax Statement to: SAME AS ABOVE

GOVERNMENT CODE 27361.7

I certify under penalty of perjury that the Notary Seal on the document to which this statement is attached reads as follows:

NAME OF THE NOTARY: _Stephanie patricia Sabins_

DATE COMMISSION EXPIRES: _Jan 19, 2013_

COUNTY WHERE BOND IS FILED: _Orange_

COMMISSION NUMBER: _1832098 NNA1_

I certify under penalty of perjury and the laws of the State of California that the illegible portion of this document to which this statement is attached reads as follows:

_____

_____

_____

_____

_____

_____

_____

_____

PLACE OF EXECUTION: _Orange, Ca_    DATE: _3/20/12_

SIGNATURE: _____

- Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or entity upon behalf of which the person(s) acted, executed the instrument.

 ≡ **R**



Laguna N gue , CA 92677

| **$1,474,028** | **$925,000** | **6** | **3.75** |
|---|---|---|---|
| Redfin Est mate | Last So d Pr ce | Beds | Baths |

**3,400** Sq. Ft.
$434 / Sq. Ft.

Bu t: 1984
Status: C osed Sa e



SOLD MAR 21, 2012

Is This Your Home?

Track this home's estimate
& nearby sales activity



○ **Live**

Chat

EXHIBIT B, PAGE 21