# EXHIBIT C

**S&P Global**
Market Intelligence

# Cianna Medical, Inc.

# M&A Call

## Monday, October 01, 2018 10:00 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

1

EXHIBIT C, PAGE 22

CIANNA MEDICAL, INC. M&A CALL | OCT 01, 2019

*CFO & Treasurer*

Yes.

**Fred P. Lampropoulos**
*Chairman, CEO & President*

And then the capital is 40. And then going through the acceleration, again, it goes to what we're going to see in terms of -- a broader U.S. sales force. And that's, I think, over to the point that we're keeping that sales force and adding to it and then the international opportunities with the CE mark. And so I mean, I think -- I hope that answers your question. But Raul, did you have anything you wanted to add? Did I hit it all? Did you want to talk about that?

**Raul Parra**
*CFO & Treasurer*

Yes -- no, I mean, I think the growth has been well mid-40s to 45-plus percent. So I mean, I think we're right in the range there.

**Fred P. Lampropoulos**
*Chairman, CEO & President*

Yes. So I think we're comfortable with...

**Jason Richard Mills**
*Canaccord Genuity Limited, Research Division*

It's relatively consistent, okay. It's relatively consistent. Last question, I'll get back in queue, I promise, Fred. So this -- I was just curious to what extent this synergizes with your existing portfolio. It seems quite different than the DFINE acquisition, which was a bolt-on acquisition wasn't too much that it synergized with -- you had integrated sales force and sort of bolted on. This seems different. It seems like that there are immediate opportunities to synergize and to really expand the use or expand the Cianna sales effort into your existing sales force without a significant effort in terms of training. Is that true? Is it night and day from the DFINE acquisition in terms of sales force integration and synergies?

**Fred P. Lampropoulos**
*Chairman, CEO & President*

Yes. I think it is night and day. I think one of the things is on the DFINE deal, you have a large cost structure and this global expense with a smaller revenue base, and they were losing money. This company is making money. And it's one of the reasons why we think we do not want to disrupt this momentum. But there are some areas in, let's say -- and we know New England is one of them, Los Angeles -- there's a few areas that we think that we can fill in and then -- and some other areas where some people may have 3 or 4 states. So we think we can do things, but we don't want to take away from the momentum that these guys have. And so in fact, we'll be having a call with the sales force tonight. I'll be flying in a couple of days to Los Angeles to get into Orange County and meet with the employees. We think the R&D, we think the commercial team has done an extraordinary job, and what we want to do is to enhance that. And it's substantially different than what we saw on the DFINE deal. It dipped. It's coming back now, but we just took a lot because we had to. In this case, the revenues and the margin support are planned. And I remember as we were going through the models and looking at all this, we said we have to be able to do this. We do not want to disrupt this team. There'll be some synergies and there'll be some things that we'll need to look at that we will in fact accomplish in terms of synergies, but in terms of that sales team, we want to keep them in place and keep that momentum going. So I hope that answers your question. And by the way, I -- you weren't on any -- you're as long as I was. You're giving me a bad time, but are you sure you don't have a few more questions?

**Jason Richard Mills**
*Canaccord Genuity Limited, Research Division*

Yes, that's my thought. I'm verbose. Sorry about that.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

EXHIBIT C, PAGE 23    10

CIANNA MEDICAL, INC. M&A CALL |  OCT 01, 2019

to our model and our discipline. It has served us well, and we can do that. And that is, in fact, what we've done in this model. Now I mean, that's -- so it is said let it be done. That's it. That's our plan. It is always our plan because we've seen the success and the opportunities it brings when we do that. So Raul, do you want to weigh in on that at all?

**Raul Parra**
*CFO & Treasurer*

No, I think you said it.

**Fred P. Lampropoulos**
*Chairman, CEO & President*

He's just over there, nodding his head up and down and going -- he's giving me high fives and all this kind of stuff. So Raul, I appreciate it. My hands are getting sore. They can't hear them. They can't see it, but you're...

**Raul Parra**
*CFO & Treasurer*

It's getting pretty good at this time.

**Fred P. Lampropoulos**
*Chairman, CEO & President*

Yes, but when are you going to get kind of calmed down a little bit? I mean, you've got to calm down, son, all right, okay. Matt, thank you very much. I hope that answers your question.

**Matthew Oliver O'Brien**
*Piper Jaffray Companies, Research Division*

Sorry for the long -- yes, no, sorry for the long question. That's super helpful.

**Fred P. Lampropoulos**
*Chairman, CEO & President*

Well -- and Matt, I don't know if I answered all. When you go to the 5 -- the 25% is a number that I pulled out just kind of out of the air, but nothing I do is really out of the air. We have plans on building this business. We take a look at the market, and we have hopes and aspirations. But with the momentum that we have, the international market that we have, it's an interesting number to pull out of the air.

**Operator**

[Operator Instructions] And our next question is from Mike Petusky with Barrington Research.

**Michael John Petusky**
*Barrington Research Associates, Inc., Research Division*

Congratulations, interesting transaction. So Fred, I may have missed this at the front end. But to me, it sounds like you're keeping sales force, keeping most of this intact. I mean, did you guys talk about any cost synergies at the very beginning? Or are there not any material level?

**Fred P. Lampropoulos**
*Chairman, CEO & President*

Well, no -- there are cost synergies. I mean, we're going to be moving, but I haven't met with the employees yet. And I don't want to necessarily discuss all of that stuff. But look, I think the important thing is the -- there's 80 employees. The majority of those are sales and marketing and in the field. That's all staying in place. But there will be transition of some employees. There will be movement of something. But again, until I deliver that message -- but it's not draconian, and I think that's the important thing. Again, I've said it over and I'll say it again: I do not want to disrupt the momentum of this company. I want them to become part of the Merit family, and that's exactly we're going to do. Our model reflects

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

EXHIBIT C, PAGE 24                    14