# EXHIBIT D

## Q3 2018 Merit Medical Systems Inc Earnings Call

SOUTH JORDAN Oct 30, 2018 (Thomson StreetEvents) -- Edited Transcript of Merit Medical Systems Inc earnings conference call or presentation Thursday, October 25, 2018 at 9:00:00pm GMT

CORPORATE PARTICIPANTS
  Brian G. Lloyd, Merit Medical Systems, Inc. - Chief Legal Officer & Corporate Secretary
  Fred P. Lampropoulos, Merit Medical Systems, Inc. - Chairman, CEO & President
  Raul Parra, Merit Medical Systems, Inc. - CFO
CONFERENCE CALL PARTICIPANTS
  Adam Carl Maeder, Wells Fargo Securities, LLC, Research Division - Associate Analyst
  James Philip Sidoti, Sidoti & Company, LLC - Research Analyst
  Jayson Tyler Bedford, Raymond James & Associates, Inc., Research Division - Senior Medical Supplies and Devices Analyst
  Matthew Oliver O'Brien, Piper Jaffray Companies, Research Division - MD and Senior Research Analyst
  Michael John Petusky, Barrington Research Associates, Inc., Research Division - MD & Senior Investment Analyst
  Michael Stephen Matson, Needham & Company, LLC, Research Division - Senior Analyst
  Stanislav Nykola Fediuk, SunTrust Robinson Humphrey, Inc., Research Division - Associate

## PRESENTATION

### Operator

Good day, ladies and gentlemen, and welcome to the Merit Medical Systems, Incorporated Third Quarter 2018 Earnings Call. (Operator Instructions). As a reminder, today's conference is being recorded. I'd now like to introduce your host for today's conference, Mr. Fred Lampropoulos, Chairman & CEO. Sir, please go ahead.

**Fred P. Lampropoulos**, Merit Medical Systems, Inc. - Chairman, CEO & President

Good afternoon, ladies and gentlemen, and thank you for joining with us. We are assembled at our corporate offices on a lovely fall day in Salt Lake City. We'd like to start the meeting out by having our General Counsel, Brian Lloyd, discuss our safe harbor provision. Brian?

**Brian G. Lloyd**, Merit Medical Systems, Inc. - Chief Legal Officer & Corporate Secretary

Thanks, Fred. During our discussion today, reference may be made to projections, anticipated events or other information, which is not purely historical. Please be aware that statements made in this call, which are not purely historical, may be considered forward-looking statements.

We caution you that all forward-looking statements involve risks, unanticipated events and uncertainties that could cause our actual results to differ materially from those anticipated in such statements. Many of these risks are discussed in our annual report on Form 10-K and other reports and filings with the Securities and Exchange Commission available on our website. Some of these risks are identified in our press release and slide presentation distributed in connection with this call.

Any forward-looking statements made in this call are made only as of today's date and, except as required by law or regulation, we do not assume any obligation to update any such statements whether as a result of new information, future events or otherwise. Please refer to the section of our presentation entitled Disclosure Regarding Forward-looking Statements for important information regarding such statements.

Our financial statements are prepared in accordance with accounting principles, which are generally accepted in The United States. However, we believe certain non-GAAP financial measures provide investors with useful information regarding the underlying business trends and performance of our ongoing operations and can be useful for period-over-period comparisons of such operations. The tables included in our release and discussed on this call set forth supplemental financial data and corresponding reconciliations to GAAP financial statements.

Please refer to the sections of our presentation entitled Non-GAAP Financial Measures and Notes to Non-GAAP Financial Measures for important information regarding non-GAAP financial measures discussed on this call.

Readers should consider non-GAAP measures in addition to, not as a substitute for, financial reporting measures prepared in accordance with GAAP. These non-GAAP financial measures exclude some items that affect net income. Finally, these calculations may not be comparable with similarly titled measures of other companies.

EXHIBIT D, PAGE 25

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

**Answer – Operator:** (Operator Instructions). Our next question comes from the line of Mike Matson with Needham and Company.

---

**Analyst:** Michael Stephen Matson, Needham & Company, LLC, Research Division - Senior Analyst

**Question – Michael Stephen Matson:** Guess I just wanted to start with a couple of things, kind of macro things. So first currency. Currencies have kind of been moving. The dollar has strengthened some. So is that something you expect to be a headwind in the remainder of the year or into 2019 either from a top or a bottom-line perspective?

**Answer – Raul Parra:** Yes. And that's why we mentioned that we felt comfortable with the updated guidance kind of being in the middle there just because we are expecting those headwinds. We saw about a $1.4 million impact on our reported revenues for Q3. And as you look at the rates right now, they're -- well the dollar is getting stronger. So it's going to impact us in the Q4. But again, we anticipated that when we updated our guidance. And so I think we're -- we feel pretty comfortable with the guidance we gave.

**Answer – Fred P. Lampropoulos:** Yes, Mike, just on another note, one of the advantages of a stronger dollar is as we take a look at the euro, we're seeing a weaker euro, and we have manufacturing, a substantial amount of manufacturing in Ireland.

**Answer – Raul Parra:** And operating expense.

**Answer – Fred P. Lampropoulos:** And operating expenses. And those will be lower. So but we still have those headwinds, but we at least have it almost partially hedged on a natural hedge. So that's two sides, silver lining so to speak, yes.

**Question – Michael Stephen Matson:** And I guess the other thing is I think some of your debt is kind of variable floating rate. So the interest rates have gone up, been going up. So I mean is that something that could be a little bit of a headwind for 2019 as well?

**Answer – Raul Parra:** Well we have a hedge in place. And so we've got coverage there. Right now we're about 80% hedged because of the payment we did with the offering.

**Answer – Fred P. Lampropoulos:** What's our effective interest rate right now?

**Answer – Raul Parra:** 3.15 or…

**Answer – Fred P. Lampropoulos:** 3.15.

**Answer – Raul Parra:** 3.25.

**Answer – Fred P. Lampropoulos:** 3.25. So I mean it's still well within I mean I think a very good rate. We're actually I think maybe even at Treasury level on that.

**Answer – Raul Parra:** That's about right.

**Answer – Fred P. Lampropoulos:** It's not a bad borrowing rate.

**Question – Michael Stephen Matson:** And then just a question on Cianna deal also. What is the real call point? I mean who are the physicians that are using those products? And then which of your sales forces would be selling those products once you close the deal?

**Answer – Fred P. Lampropoulos:** Yes. So one of the things that we did, Mike, is that we kept essentially their entire sales force. They are selling to surgeons. And there are specialty breast surgeons that do just those types of procedures. And radiologists. But those radiologists and these breast surgeons are also using biopsy devices. So they use many of our products and they'll use more of our products in the future. But that's the sales force. And then we will go ahead and enhance that with additional hires that we'll put in that are all in our model. So I think some of the things we've learned just from history is we didn't want to destroy what we think is a very, very important team with a lot of momentum. So we've kept it in place. Now it will have a different senior management.

But I think one of the other things that has been very, I think, pleasing to me is the number of letters. I've probably received 15 or 20 letters from the sales force saying how excited they are to be part of the Merit team. They're looking forward to this and that. And so I haven't had that in the past. You get 1 or 2 here and there. But I've essentially had almost everybody on that sales team send me a note and share with me their excitement and they're looking forward to being part of Merit. So we're excited about that opportunity.

**Question – Michael Stephen Matson:** Okay, thanks. And then just one final question. Just wondering if some of the growth acceleration that we're seeing here -- I mean you were mentioning, one of the prior questions, these

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.