# EXHIBIT E

## Q4 2018 Merit Medical Systems Inc Earnings Call

SOUTH JORDAN Mar 7, 2019 (Thomson StreetEvents) -- Edited Transcript of Merit Medical Systems Inc earnings conference call or presentation Tuesday, February 26, 2019 at 10:00:00pm GMT

CORPORATE PARTICIPANTS

Brian G. Lloyd, Merit Medical Systems, Inc. - Chief Legal Officer & Corporate Secretary
Fred P. Lampropoulos, Merit Medical Systems, Inc. - Chairman, CEO & President
Raul Parra, Merit Medical Systems, Inc. - CFO & Treasurer

CONFERENCE CALL PARTICIPANTS

Adam Carl Maeder, Wells Fargo Securities, LLC, Research Division - Associate Analyst
Bruce M. Nudell, SunTrust Robinson Humphrey, Inc., Research Division - MD
Christopher Edmund Hillary, Roubaix Capital, LLC - CEO and Portfolio Manager
David Joshua Saxon, Needham & Company, LLC, Research Division - Associate
David Rescott
James Philip Sidoti, Sidoti & Company, LLC - Research Analyst
Jayson Tyler Bedford, Raymond James & Associates, Inc., Research Division - Senior Medical Supplies and Devices Analyst
Mark McGrath
Matthew Oliver O'Brien, Piper Jaffray Companies, Research Division - MD and Senior Research Analyst
Michael John Petusky, Barrington Research Associates, Inc., Research Division - MD & Senior Investment Analyst

## PRESENTATION

### Operator

Good day, ladies and gentlemen, and thank you for standing by. Welcome to the Merit Medical Systems, Incorporated Fourth Quarter and Year End 2018 Earnings Call. (Operator Instructions) As a reminder, today's conference is being recorded. I would now like to introduce your host for today's conference, Mr. Fred Lampropoulos. Sir, please begin.

**Fred P. Lampropoulos**, Merit Medical Systems, Inc. - Chairman, CEO & President

Good afternoon, ladies and gentlemen. This is Fred Lampropoulos. I am joined here with our general staff in Salt Lake City and we want to thank you and appreciate your time this afternoon. I'd like to start our meeting today by asking Brian Lloyd, our General Counsel, to read our safe harbor provision. Brian?

**Brian G. Lloyd**, Merit Medical Systems, Inc. - Chief Legal Officer & Corporate Secretary

Thank you, Fred. During our discussion today, reference may be made to projections, anticipated events or other information, which is not purely historical. Please be aware that statements made in this call, which are not purely historical, may be considered forward-looking statements.

We caution you that all forward-looking statements involve risks, unanticipated events, and uncertainties that could cause our actual results to differ materially from those anticipated in such statements. Many of these risks are discussed in our annual report on Form 10-K and other reports and filings with the Securities and Exchange Commission available on our website. Some of these risks are identified in our press release and slide presentation distributed in connection with this call.

Any forward-looking statements made in this call are made only as of today's date and, except as required by law or regulation, we do not assume any obligation to update any such statements whether as a result of new information, future events or otherwise. Please refer to the section of our presentation entitled Disclosure Regarding Forward-looking Statements for important information regarding such statements.

Our financial statements are prepared in accordance with accounting principles, which are generally accepted in The United States. However, we believe certain non-GAAP financial measures provide investors with useful information regarding the underlying business trends and performance of our ongoing operations and can be useful for period-over-period comparisons of such operations. The tables included in our release and discussed on this call set forth supplemental financial data and corresponding reconciliations to GAAP financial statements.

Please refer to the sections of our presentation entitled Non-GAAP Financial Measures and Notes to Non-GAAP Financial Measures for important information regarding non-GAAP financial measures discussed on this call.

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

of the 2020 business in terms of what Merit hopes and plans to deliver.

So listen, I think that pretty well speaks to it. I'm going to go ahead now and turn some time back over to our administrator. And just a reminder that Raul and I will be here for an hour or two following the call for clarifications. No new information but just clarifications on various aspects that you may have that you're interested in.

So that being said, let's turn the time over to the administrator and we are ready now for your questions.

## QUESTIONS AND ANSWERS

**Answer – Operator:** (Operator Instructions) Our first question or comment comes from the line of Matthew O'Brien from Piper Jaffray.

---

**Analyst:** Matthew Oliver O'Brien, Piper Jaffray Companies, Research Division - MD and Senior Research Analyst

**Question – Matthew Oliver O'Brien:** Just for starters on Cianna, would love to hear a little bit more about the integration there, sales force retention, and do we think about that business adding after you get through this year something on the order of magnitude of 100 basis points to 150 basis points of organic growth going forward? And then sorry for such a long-winded question, but the rest of the business this year and next year would still have to be delivering quite a bit of growth. So where does all that come from? Is it emerging markets, new product introductions, et cetera?

**Answer – Fred P. Lampropoulos:** There was a lot of stuff there and I was pondering your question. On the Cianna business, the integration I think is going as well as could be expected, and by that, I mean we're spending a lot of time. I've been down there 2 or 3 times to Southern California. We had a team down there yesterday. We've gone order to cash in terms of the sales force. Everybody is essentially online. We recently had President's Club and we invited their best producers to join us at that meeting. They joined us in all of our national meetings and international meetings.

I will tell you that when I was in Europe recently, all of the salespeople over there were coming to me saying that they get 2 or 3 inquiries a week as to when will the product be available. We're expecting approval at any time. It could late this quarter but very likely second quarter for the Cianna business. So that's important.

So I think everything is working quite nicely. The R&D guys, there's I think on the administrative side, some of those positions have turned over. Those have been essentially voluntary where people who have worked in startup companies moved to another startup company. But in terms of the sales force, which ultimately in my view is the most important factor, we've essentially had no turnover in that particular area. I think that's a good start.

As I mentioned, when you get out in a procedure and you see how the physician uses this product, this physician said to me, in Dallas, that this was the greatest innovation in women's healthcare and breast care in 50 years. Now, that's not my quote. That was her quote. And so I think that the other thing that helps in being in those procedures, Matt, is you get to see what it means terms of the importance in other products.

There were several other ideas that came up and we have no less than 4 or 5 R&D products and that R&D team is still in place as well. So I think we've managed this correctly. In terms of the growth going forward, we, I think, are trying to be conservative. Our job is to make sure that whatever we give you is something that we can attain and then to move onto the opportunities.

Now, I personally don't have the number in front of me in terms of its growth going forward, but I will tell you that I have higher expectations personally, than I had when we first bought the business because I understand it even better. And I did due diligence. I did a lot of work on the operations, the manufacturing, sales force. I talked to customers. But I can't say enough good things about Cianna and what I think ultimately it will mean to this business going forward. That's a long answer.

**Question – Matthew Oliver O'Brien:** It's a long question so I appreciate that, Fred. And then as a follow-up question, just the topline outlook looks great. The gross margin outlook looks great. The bottom line outlook in total is great but it does account for some higher either SG&A or R&D spending than I had modeled. So can you just help us understand where some of that extra spend comes from in either of those two line items.

**Answer – Fred P. Lampropoulos:** Raul, I'm going to let you answer that.

**Answer – Raul Parra:** Yes, operating expenses are in line. They're about 35% for 2019. Interest expenses is in there too so you might be picking that up. I'm not sure what you modeled there but we do have some additional expenses that I talked about in the guidance and that relates to MDR. We're moving the Malvern facility over to Mexico. We've got some new regulatory requirements, which I just mentioned, the MDR, and then we also have the clinical studies for the Rhapsody. So those are expenses that are being baked into our guidance.

EXHIBIT E, PAGE 28

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.