# EXHIBIT F

## Q1 2019 Merit Medical Systems Inc Earnings Call

SOUTH JORDAN May 6, 2019 (Thomson StreetEvents) -- Edited Transcript of Merit Medical Systems Inc earnings conference call or presentation Tuesday, April 23, 2019 at 9:00:00pm GMT

CORPORATE PARTICIPANTS

Brian G. Lloyd, Merit Medical Systems, Inc. - Chief Legal Officer & Corporate Secretary
Fred P. Lampropoulos, Merit Medical Systems, Inc. - Chairman, CEO & President
John Knorpp, Merit Medical Systems, Inc. - Chief Regulatory Affairs Officer
Joseph C. Wright, Merit Medical Systems, Inc. - President of International Division
Justin J. Lampropoulos, Merit Medical Systems, Inc. - EVP of Commercial
Raul Parra, Merit Medical Systems, Inc. - CFO & Treasurer

CONFERENCE CALL PARTICIPANTS

Adam Carl Maeder, Wells Fargo Securities, LLC, Research Division - Associate Analyst
David Joshua Saxon, Needham & Company, LLC, Research Division - Associate
David Kenneth Rescott, Canaccord Genuity Limited, Research Division - Associate
James Philip Sidoti, Sidoti & Company, LLC - Research Analyst
Jayson Tyler Bedford, Raymond James & Associates, Inc., Research Division - Senior Medical Supplies and Devices Analyst
Matthew Oliver O'Brien, Piper Jaffray Companies, Research Division - MD and Senior Research Analyst
Stanislav Nykola Fediuk, SunTrust Robinson Humphrey, Inc., Research Division - Associate

## PRESENTATION

**Operator**

Good day, ladies and gentlemen, and thank you for your patience. You've joined the Merit Medical Systems First Quarter 2019 report. (Operator Instructions) As a reminder, this conference may be recorded. I would now like to turn the call over to your host, Chairman and CEO, Fred Lampropoulos. Sir, you may begin.

**Fred P. Lampropoulos**, Merit Medical Systems, Inc. - Chairman, CEO & President

Thank you very much, and good afternoon ladies and gentlemen on this beautiful spring day in Salt Lake City. Thank you for taking the time to join us. And we have I think an exciting report and some good information about the company. We'll start out by having Brian Lloyd, our Chief Legal Officer, read our Safe Harbor provision. Brian?

**Brian G. Lloyd**, Merit Medical Systems, Inc. - Chief Legal Officer & Corporate Secretary

Thank you, Fred. During our discussion today, reference may be made to projections, anticipated events or other information, which is not purely historical. Please be aware that statements made in this call, which are not purely historical may be considered forward-looking statements. We caution you that all forward-looking statements involve risks, unanticipated events and uncertainties that could cause our actual results to differ materially from those anticipated in such statements. Many of these risks are discussed in our annual report on Form 10-K and other reports and filings with the Securities and Exchange Commission available on our website.

Some of these risks are identified in our press release and slide presentation distributed in connection with this call. Any forward-looking statements made in this call are made only as of today's date, and except as required by law or regulation, we do not assume any obligation to update any such statements whether as a result of new information, future events or otherwise. Please refer to the section of our presentation entitled disclosure regarding forward-looking statements for important information regarding such statements.

Our financial statements are prepared in accordance with accounting principles which are generally accepted in the United States. However, we believe certain non-GAAP financial measures provide investors with useful information regarding the underlying business trends and performance of our ongoing operations and can be useful for period-over-period comparisons of such operations. The tables included in our release and discussed on this call set forth supplemental financial data and corresponding reconciliations to GAAP financial statements. Please refer to the sections of our presentation entitled non-GAAP financial measures and notes to non-GAAP financial measures for important information regarding non-GAAP financial measures discussed on this call. Readers should consider non-GAAP measures in addition to, not as a substitute for, financial reporting measures prepared in accordance with GAAP. These non-GAAP financial measures exclude some items that affect net income. Finally, these calculations may not be comparable with similarly titled measures of other companies.

**Fred P. Lampropoulos**, Merit Medical Systems, Inc. - Chairman, CEO & President

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

noticed that they opened a new account and I was happy with the result. And as I talked to them, they started talking to me about these other evaluations and things that had passed the VAC committees.

And you start to get a sense about how things are going, what the momentum is, people that are attaining to meet the leadership clubs. And you just -- you start to feel the momentum of the business. You start to see things. So I mean a lot of -- of course, it's numbers, but it's really attitude that drives numbers. And I talk to 2 or 3 or 4 of our salespeople every day. When I see something that they do I call them up and thank them. So it's really just the feel of the momentum. When you go to a basketball game like the Utah Jazz, when they're playing the Houston Rockets last night, you could just feel that there was that momentum and it wasn't going to wane, and it didn't. And we beat them by 16 points. Please don't remind me that we have to go to Houston on Wednesday. So that's the answer to your question, momentum, watching the activity and listening to the sales force. It's like anything else in sports or anything else, it's a game and it's all about attitude and momentum.

**Question – Adam Carl Maeder:** And then, Fred, as a follow-up. You've talked publicly about a competitor device that's going off patent in mid-May in the U.S. I think you've said that's knee inflation devices space. Any more details you can share? What's the magnitude of the opportunity from a revenue standpoint? And what's embedded in the guidance for this potential opportunity? Should we be thinking about this purely as upside? Just trying to understand how you're thinking about things.

**Answer – Fred P. Lampropoulos:** Thank you. Well, let me just put it this way that we have a product that will launch on or about the 19th of May. So we're less than a month away. We've been selling the product with great success in international markets for the last 3 years, sold hundreds of thousands of units. It comes off patent and we can combine it with a number of our products. That's really where I'm going to limit it now. But I will say that it's -- I'm just trying to think if we put it in our forecast or not, I'm looking around the room, it is not in our forecast. So it is upside. And it's -- I can tell you that it's a high-gross margin product, well above our corporate average and something that we think is going to be a great advantage to us.

But, again, we'll let it play out and you'll see it show up in the numbers. You can see a little bit in the second quarter, you'll start to see it ramp from there throughout the year. And once that date comes past, we'll talk about it openly in our next call. But until that time, we're going to keep it kind of limited to what I have talked about in these comments.

**Answer – Operator:** Our next question comes from the line of Jason Mills of Canaccord Genuity.

**Answer – David Kenneth Rescott:** It' David on for Jason. Can you hear me all right?

**Answer – Fred P. Lampropoulos:** That's fine.

**Answer – David Kenneth Rescott:** First on Cianna. Coming in stronger than expected. Could you provide some color around kind of the rollout so far? And whether or not there were any kind of one-timers or big customers that contributed to the growth in the quarter? And then kind of how you think the impact -- or how you think kind of growth will be on the top line and gross margin contribution given the growth in the quarter?

**Answer – Fred P. Lampropoulos:** Yes. well, first of all, I think with Cianna there's a couple of things I think that are important. We -- as you will recall, we did not -- we maintained their sales force. And we think that was a critical thing to do. We also didn't try to go out and one fell swoop and then throw it all into our Merit sales force. We thought we'd get out there, have enough time to absorb it, to understand it, build the confidence of the former Cianna now Merit sales force. And yet with all of that and through the transition and through all of those things that go on in those in these situations, we were able to come slightly above where we had expected. So I think there is a lot of momentum there. There were no large single customers or anything like that. It was just good old guts hardball selling and executing. So I think that's probably the best.

But I guess the bottom line is, it's as probably a good of a transaction and transition that we have done. I think it may be the best one. I mean we've done a lot of small deals. But I think that speaks volumes to Jill Anderson and her team. And just the way that our team has worked. We kept all the R&D people, we kept the sales people, we've done, I think -- they fit into the family actually quite easily. I've been down there several times. I'm going to head down there again soon. So I think all in all, it was a transaction and a business that -- I don't know how you could do it any better, to be honest with you. I think we've done it well. And then we have new products and we have new projects underway. So we're very excited about Cianna and what it means.

**Answer – David Kenneth Rescott:** All right. And moving to the balance sheet or cash flow. Can you provide any detail around kind of what free cash generation was within the quarter and kind of how that looks for the rest of the year? And I know it looks like net operating cycle kind of lengthened a bit within the quarter. I'm wondering if there are any onetime occurrences that led to this and more or less in general kind of what initiatives you really have planned to kind of improve cash conversion going forward through the rest of the year.

**Answer – Raul Parra:** Yes. So free cash flow was negative $4.8 million. We had some building close in Maastricht. We had some -- our building across the street here in South Jordan, we had some equipment down in Mexico for the

EXHIBIT F, PAGE 30

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.