# EXHIBIT G

Merit Medical Acquires DFINE, Inc.



Merit Medical



> Merit Medical Acquires DFINE, Inc.

# Merit Medical Acquires DFINE, Inc.

July 7, 2016 / in Company News, Interventional Oncology, Spine /

**SOUTH JORDAN, Utah, July 06, 2016 (GLOBE NEWSWIRE)** — Merit Medical Systems, Inc. (NASDAQ:MMSI [http://globenewswire.com/News/Listing?symbol=MMSI&exchange=2] ), a leading manufacturer and marketer of proprietary disposable devices used primarily in cardiology, radiology and endoscopy, today announced that it has acquired DFINE, Inc. headquartered in San Jose, California, in a merger transaction through which DFINE has become a wholly-owned subsidiary of Merit.

The purchase consideration was approximately $97.5 million in cash and was financed by a group of banks led by Wells Fargo and included Bank of America, HSBC and U.S. Bank.

DFINE produced revenues of $33.4 million in 2015, with approximately 75% of revenues generated in the United States and 25% outside the United States.  DFINE's products are directed to vertebral augmentation (kyphoplasty and vertebralplasty), as well as targeted radiofrequency ablation of metastatic spinal tumors.  DFINE's product lines have 510(k) clearance and CE marking.

Our website uses tracking technologies to learn how our visitors interact with our site so that we can improve our services and provide you with valuable content. Disable Tracking.

OK

EXHIBIT G, PAGE 31



therapeutic and disease state centered product offering, and enhance opportunities for future growth."

"We believe the opportunity for growth with these best-in-class products is substantial in the United States and also in international markets where Merit already has a broad footprint," Lampropoulos continued. "Although DFINE has a presence in Germany and Austria, as well as limited distribution partners, we believe there are many opportunities in Australia, Canada, Japan, China, the Nordic countries and other regions. We anticipate that DFINE's IP portfolio of approximately 110 U.S. and international patents will provide substantial coverage for many years ahead."

The effect of the DFINE acquisition on Merit's non-GAAP earnings for the balance of 2016 is expected to be neutral due to business restructuring and consolidation expenses and is expected to be dilutive on a GAAP basis by $0.24-$0.26 per share due to intangible amortization and one-time reorganization costs. In 2017, Merit anticipates the effect of the acquisition on Merit's non-GAAP earnings to be $0.05-$0.08 per share and to be dilutive on a GAAP basis by $0.05-$0.07 per share. Merit believes the acquisition will increase its gross margin by approximately 80 basis points on a non-GAAP basis and 55 basis points on a GAAP basis.

Canaccord Genuity acted as Merit's financial advisor for this transaction. Piper Jaffray acted as DFINE's financial advisor.

CONFERENCE CALL TODAY Merit invites all interested parties to participate in its conference call discussing the acquisition (conference ID 41983902) today, Wednesday, July 6, 2016, at 11:00 a.m. Eastern (10:00 a.m. Central, 9:00 a.m. Mountain, and 8:00 a.m. Pacific). The domestic telephone number is (844) 578-9672, and the international number is (508) 637-5656. A live webcast of the call and a slide deck showcasing the products and details of the DFINE acquisition are available at www.merit.com

Our website uses tracking technologies to learn how our visitors interact with our site so that we can improve our services and provide you with valuable content.

Disable Tracking.

OK

EXHIBIT G, PAGE 32

≡ Merit Medical



Joinville, Brazil; Markham, Ontario, Canada; Melbourne, Australia; and Mannheim, Germany.

Statements contained in this release which are not purely historical, including, without limitation, statements regarding anticipated revenues, earnings or other financial items; Merit's plans and objectives for future operations; proposed products or services; integration, development or commercialization of the DFINE operations and assumptions underlying any of the foregoing , are forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995 and are subject to risks and uncertainties such as those described in Merit's Annual Report on Form 10-K for the year ended December 31, 2015. Such risks and uncertainties include risks relating to Merit's acquisition of DFINE; Merit's efforts to integrate, manage and develop DFINE's operations and products; expenses associated with the integration, management and development of those operations and products; product recalls and product liability claims; expenditures relating to research, development, testing and regulatory approval of Merit's products (including the DFINE products) and risks that such products may not be developed successfully or approved for commercial use; regulation of the medical device industry; Merit's need to generate sufficient cash flow to fund its debt obligations, capital expenditures, and ongoing operations; restrictions on Merit's liquidity or Merit's ability to operate its business in compliance with its debt agreements; possible infringement of its technology (including the DFINE technology) or the assertion that such technology infringes the rights of other parties; changes in the prices or supply of commodity components; changes in economic and industry conditions in the United States and other countries; termination or interruption of relationships with suppliers, or failure of suppliers to perform; fluctuations in exchange rates; development of new products and technology that could render Merit' products (including the DFINE products) obsolete; changes in key personnel; potential healthcare regulatory and

Our website uses tracking technologies to learn how our visitors interact with our site so that we can improve our services and provide you with valuable content.

Disable Tracking.

OK

https://www.merit.com/articles/merit-medical-acquires-dfine-inc/

EXHIBIT G, PAGE 33

Merit Medical



Share this entry

## CATEGORIES

Cardiac Intervention

Company News

Critical Care

Dialysis Access

Electrophysiology

Embolics

Endoscopy

Interventional Oncology

Patient Education

Peripheral Intervention

Physician Training

Our website uses tracking technologies to learn how our visitors interact with our site so that we can improve our services and provide you with valuable content. Disable Tracking.

OK

EXHIBIT G, PAGE 34

Merit Medical

 

---

©2020 Merit Medical Systems. All rights reserved.

Privacy Policy | Terms of Use | Invoice Terms | Compliance | Information Feeds | Product Return Policy

The content on Merit.com is not intended nor recommended as a substitute for medical advice, diagnosis, or treatment. Always seek the advice of your own physician or other qualified health care professional regarding any medical questions or conditions. The use of this website is governed by the Merit.com Terms of Use. Merit Medical is a global company. Not all goods on this website are available in every country. Terms and conditions may vary. Contact your local Sales Representative for more details.

Please consult the product labels and inserts for any indications, contraindications, potential complications, warnings, precautions and directions for use.

Our website uses tracking technologies to learn how our visitors interact with our site so that we can improve our services and provide you with valuable content. Disable Tracking.

OK

EXHIBIT G, PAGE 35