# EXHIBIT I



*Source: Merit Medical Systems, Inc.*

*September 03, 2019 09:25 ET*

# Merit Medical to Present at Three Conferences in September

SOUTH JORDAN, Utah, Sept. 03, 2019 (GLOBE NEWSWIRE) -- Merit Medical Systems, Inc. (NASDAQ: MMSI), a leading manufacturer and marketer of proprietary disposable devices used in interventional, diagnostic and therapeutic procedures, particularly in cardiology, radiology, oncology, critical care and endoscopy, announced today that it will participate at four conferences in September.

On Wednesday, September 4, at 1:50 p.m. ET, Merit's Chairman and Chief Executive Officer Fred P. Lampropoulos will present at the Wells Fargo Securities Healthcare Conference being held at **The Westin Copley Place in Boston**.  He and CFO Raul Parra will also host one-on-one meetings throughout the day.

On Thursday, September 5, at 2:00 p.m. ET, Lampropoulos will present at Baird's 2019 Global Healthcare Conference being held at the InterContinental New York Barclay.  He will also host one-on-one meetings throughout the day.

On Thursday, September 5, Parra will participate at the 12th Annual Barrington Research Fall Investment Conference being held at The Palmer House Hilton, Chicago, hosting one-on-one meetings throughout the day.

## ABOUT MERIT

Founded in 1987, Merit Medical Systems, Inc. is engaged in the development, manufacture and distribution of proprietary disposable medical devices used in interventional, diagnostic and therapeutic procedures, particularly in cardiology, radiology, oncology, critical care and endoscopy. Merit serves client hospitals worldwide with a domestic and international sales force and clinical support team totaling in excess of 300 individuals. Merit employs approximately 6,300 people worldwide with facilities in South Jordan, Utah; Pearland, Texas; Richmond, Virginia; Malvern, Pennsylvania; Rockland, Massachusetts; San Jose and Aliso Viejo, California; Maastricht and Venlo, The Netherlands; Paris, France; Galway, Ireland; Beijing, China; Tijuana, Mexico; Joinville, Brazil; Markham, Ontario, Canada; Melbourne, Australia; Tokyo, Japan; Reading, United Kingdom; Johannesburg, South Africa; and Singapore.

**Contact:** Anne-Marie Wright, Vice President, Corporate Communications
**Phone:** (801) 208-4167  e-mail: awright@merit.com  Fax: (801) 253-1688

EXHIBIT I, PAGE 39