# EXHIBIT L

Securities Class Action Clearinghouse: Search Results

| Search Results |    🔍   menu

Perform New Search

Modify Current Criteria

# Filings (200)

### Search Results

Tufin Software Technologies Ltd. (04/06/2020)

Golden Star Resources Ltd. (04/01/2020)

HF Foods Group Inc. (03/29/2020)

Hanmi Financial Corporation (03/26/2020)

DouYu International Holdings Limited : American Depositary Shares (03/24/2020)

NMC Health Plc : American Depositary Shares (03/10/2020)

Funko, Inc. (03/10/2020)

PharmaCielo Ltd. (03/06/2020)

Tupperware Brands Corporation (02/25/2020)

Beyond Meat, Inc. (01/30/2020)

Mattel, Inc. (12/24/2019)

Green Dot Corporation (12/18/2019)

Merit Medical Systems, Inc. (12/03/2019)

Armstrong Flooring, Inc. (11/15/2019)

Verb Technology Company, Inc. (07/09/2019)

ChinaCache International Holdings Ltd. : American Depository Shares (06/12/2019)

Metro Bank PLC (05/30/2019)

KushCo Holdings, Inc. (04/30/2019)

CenturyLink, Inc. (03/06/2019)

Inogen, Inc. (03/06/2019)

Mattel, Inc. (03/06/2019)

EXHIBIT L, PAGE 48

Stamps.com, Inc. (02/28/2019)

Wirecard AG (02/08/2019)

Activision Blizzard, Inc. (01/18/2019)

Natural Health Trends Corp. (01/08/2019)

Nova Lifestyle, Inc. (12/28/2018)

YogaWorks, Inc. (12/27/2018)

Black Box Corporation (11/29/2018)

Edison International (11/16/2018)

Huazhu Group Ltd. (10/08/2018)

Ampio Pharmaceuticals, Inc. (08/25/2018)

FAT Brands, Inc. (08/24/2018)

Marathon Patent Group Inc (07/20/2018)

Community Bank (05/31/2018)

Mining Max, LLC (05/25/2018)

PPG Industries, Inc. (05/20/2018)

InnerWorkings, Inc. (05/10/2018)

Molina Healthcare, Inc. (04/27/2018)

Microsemi Corporation (04/20/2018)

Live Nation Entertainment, Inc. (04/18/2018)

Colony NorthStar, Inc. (04/06/2018)

IZEA, Inc. (04/04/2018)

Truecar, Inc. (03/30/2018)

The Crypto Company (12/21/2017)

OSI Systems, Inc. (12/07/2017)

Cheetah Mobile Inc. : American Depositary Shares (11/08/2017)

H.C. Wainwright and Co., LLC: MannKind Corporation Common Stock (10/30/2017)

Spark Networks Inc (10/17/2017)

Monster Digital, Inc. (09/15/2017)

Kite Pharma, Inc. (09/07/2017)

Guidance Software, Inc. (08/14/2017)

MRV Communications, Inc. (07/24/2017)

OCB Bancorp (07/05/2017)

Pershing Square Capital Management, L.P. : Allergan, Inc. Derivative Securities (06/28/2017)

Mattel, Inc. (06/27/2017)

CU Bancorp (06/09/2017)

Snap, Inc. (05/16/2017)

Puma Biotechnology, Inc. (05/08/2017)

PCM, Inc. (05/03/2017)

ImmunoCellular Therapeutics, Ltd. (05/01/2017)

Wins Finance Holdings, Inc. (04/04/2017)

Heritage Oaks Bancorp (03/10/2017)

NantHealth, Inc. (03/07/2017)

AmTrust Financial Services, Inc. (02/28/2017)

Global Eagle Entertainment Inc. (02/23/2017)

Ixia (02/23/2017)

VCA Inc. (02/23/2017)

Rentech, Inc. (02/22/2017)

Northern Dynasty Minerals Ltd. (02/15/2017)

Banc of California, Inc. (01/23/2017)

EXHIBIT L, PAGE 49

Endologix, Inc. (01/03/2017)

Arrowhead Pharmaceuticals, Inc. (11/15/2016)

InfuSystem Holdings, Inc. (11/08/2016)

Opus Bank (10/26/2016)

National Beverage Corp. (10/06/2016)

AECOM (09/01/2016)

Yirendai Ltd. : American Depositary Shares (08/26/2016)

Goldcorp, Inc. (08/25/2016)

CytRx Corporation (07/25/2016)

QLogic Corporation (07/22/2016)

Ceres, Inc. (07/15/2016)

Electro Rent Corporation (06/20/2016)

United Online, Inc. (06/10/2016)

Daimler AG : American Depositary Receipts (04/29/2016)

Multi-Fineline Electronix, Inc. (04/29/2016)

NantKwest, Inc. (03/22/2016)

Primero Mining Corp. (02/15/2016)

Aerojet Rocketdyne Holdings, Inc. (02/11/2016)

Tower Semiconductor Ltd. (01/22/2016)

MannKind Corporation (01/15/2016)

Natural Health Trends Corp. (01/12/2016)

Capstone Turbine Corp. (11/16/2015)

Starz (11/09/2015)

Soufun Holdings Limited : American Depositary Shares (10/30/2015)

ChinaCache International Holdings Ltd : American Depository Shares (10/09/2015)

QLogic Corporation (09/28/2015)

Sientra, Inc. (09/25/2015)

El Pollo Loco Holdings, Inc. (08/24/2015)

Plains All American Pipeline, L.P. (08/14/2015)

Broadcom Corporation (08/14/2015)

Silver Wheaton Corp. (07/08/2015)

Xunlei Limited : American Depository Shares (06/08/2015)

Toshiba Corporation : American Depository Shares (06/04/2015)

Puma Biotechnology, Inc. (06/03/2015)

Yingli Green Energy Holding Company Limited : American Depository Shares (05/28/2015)

Truecar, Inc. (05/27/2015)

Ampio Pharmaceuticals, Inc. (05/08/2015)

Cadiz, Inc. (04/24/2015)

Emulex Corporation (04/08/2015)

Quiksilver, Inc. (04/02/2015)

Resonant, Inc. (03/17/2015)

Lentuo International, Inc. : American Depository Shares (ADS) (03/13/2015)

Inogen, Inc. (03/13/2015)

Appliance Recycling Centers of America, Inc. (03/06/2015)

500.com Ltd. (02/27/2015)

Amira Nature Foods Ltd. (02/10/2015)

Medbox, Inc. (01/21/2015)

Calavo Growers, Inc. (01/20/2015)

Baker Tilly Hong Kong Limited : China North East Petroleum Holdings Limited Common Stock (12/31/2014)

EXHIBIT L, PAGE 50

Securities Class Action Clearinghouse: Search Results

Valeant Pharmaceutical International, Inc. : Allergan, Inc. Common Stock (12/16/2014)

Blue Earth, Inc. (10/24/2014)

Arrowhead Research Corporation (10/10/2014)

Pacific Coast Oil Trust (08/06/2014)

Dreamworks Animation SKG, Inc. (08/01/2014)

NetSol Technologies, Inc. (07/25/2014)

STAAR Surgical Company (07/08/2014)

GrowLife Inc. (04/18/2014)

Herbalife Ltd. (04/14/2014)

UTi Worldwide Inc. (03/17/2014)

Cytrx Corporation (03/14/2014)

OSI Systems Inc. (12/12/2013)

Quality Systems, Inc. (11/19/2013)

Ixia (11/14/2013)

ValueClick, Inc. (09/24/2013)

TNP Strategic Retail Trust Inc. (09/23/2013)

Edwards Lifesciences Corp. (09/18/2013)

Biolase, Inc. (08/23/2013)

JAKKS Pacific Inc. (07/25/2013)

Tetra Tech Inc. (06/28/2013)

Power-One Inc. (06/26/2013)

Corinthian Colleges, Inc. (06/20/2013)

Hot Topic Inc (05/17/2013)

Exide Technologies (04/15/2013)

Goldman Kurland Mohidin LLP : Deer Consumer Products, Inc. (03/08/2013)

Voyager Financial Group LLC : Veterans Benefits Contracts (01/31/2013)

China Agritech Inc. (10/04/2012)

Peregrine Pharmaceuticals, Inc. (09/28/2012)

Questcor Pharmaceuticals, Inc. (09/26/2012)

Green Dot Corporation (07/27/2012)

American Oriental Bioengineering Inc (06/22/2012)

THQ Inc (06/15/2012)

Ambow Education Holding Ltd. (06/11/2012)

Deckers Outdoor Corporation (05/31/2012)

Chinacast Education Corporation (05/25/2012)

China Sky One Medical, Inc. (02/24/2012)

Powerwave Technologies, Inc. (02/09/2012)

Pelican Eyes Holding Company LLC (12/13/2011)

Petroleum Development Corporation (12/07/2011)

99 Cents Only Stores (11/23/2011)

Hewlett-Packard Company (09/13/2011)

China Medicine Corporation (07/15/2011)

A-Power Energy Generation Systems, Ltd. (07/05/2011)

Smith Micro Software Inc. (06/29/2011)

YUHE INTERNATIONAL, INC. (06/24/2011)

California Pizza Kitchen, Inc. (06/24/2011)

National Title Company (05/16/2011)

Impac Mortgage Holdings, Inc. (05/10/2011)

Sino Clean Energy, Inc. (05/06/2011)

EXHIBIT L, PAGE 51

Securities Class Action Clearinghouse: Search Results

Epicor Software Corporation (04/29/2011)
Deer Consumer Products, Inc. (04/29/2011)
Gulf Resources, Inc. (04/29/2011)
ZST Digital Networks, Inc. (04/25/2011)
1st Centennial Bancorp (04/19/2011)
Artificial Life, Inc. (04/15/2011)
China Century Dragon Media., Inc. (04/01/2011)
China Intelligent Lighting and Electronics, Inc. (04/01/2011)
China Electric Motor, Inc. (04/01/2011)
Wilshire Bancorp, Inc. (03/29/2011)
China Integrated Energy, Inc. (03/25/2011)
Radient Pharmaceuticals Corporation (03/11/2011)
Beckman Coulter, Inc. (02/25/2011)
China Agritech, Inc. (02/11/2011)
Mannkind Corporation (01/31/2011)
Tongxin International, Ltd. (01/03/2011)
National Lampoon, Inc. (12/03/2010)
China Education Alliance, Inc. (12/02/2010)
RINO International Corporation (11/12/2010)
Cogent Inc. (09/16/2010)
Beckman Coulter, Inc. (09/03/2010)
Corinthian Colleges, Inc. (08/31/2010)
American Apparel, Inc. (08/25/2010)
CVB Financial Corporation (08/23/2010)
Progressive Energy Partners, LLC (08/17/2010)
Orient Paper, Inc. (08/06/2010)
Geneva Exchange, Inc. : Berthel Fisher & Company Financial Services, Inc. : Tenant In Common Interest in Beamer Place Apartments (07/26/2010)
First Regional Bancorp (05/05/2010)
Electronic Game Card, Inc. (03/02/2010)
Landwin Group LLC (03/01/2010)
Toyota Motor Corporation (02/08/2010)
Countrywide Financial Corporation : Various Certificates (01/14/2010)

## Search Criteria

Filing Year: 2010 to 2020
District Court: C.D. California

🔍   Perform New Search

🔍   Modify Current Criteria

EXHIBIT L, PAGE 52

Case 8:19-cv-02326-DOC-ADS    Document 46-12    Filed 04/13/20    Page 7 of 9    Page ID #:653

## About

About Us
Methodology
FAQ

Sponsors & Partners
· *Rock Center for Corporate Governance*
· *Cornerstone Research*

Register
Contact Us

Legal Notices

Back to top

Web site managed by the Research Data Services group of the Arthur and Toni Rembe Rock Center for Corporate Governance. Information licensed under Stanford University.

EXHIBIT L, PAGE 53

Securities Class Action Clearinghouse: Search Results

| Search Results |

🔍    menu

🔍   Perform New Search

🔍   Modify Current Criteria

## Filings (20)

### Search Results

Lipocine Inc. (11/14/2019)

Domo Inc (10/17/2019)

Myriad Genetics (09/27/2019)

Overstock.com (09/27/2019)

Pluralsight, Inc. (08/13/2019)

Polarityte (06/26/2018)

Myriad Genetics (04/20/2018)

Overstock.com : Initial Coin Offering (03/29/2018)

Lifevantage Corporation : Distributorships (01/24/2018)

Nutraceutical International (07/21/2017)

USANA Health Sciences (02/13/2017)

Vista Outdoor Inc. (01/25/2017)

LifeVantage Corporation (09/15/2016)

Skullcandy, Inc. (07/19/2016)

Lipocine Inc. (07/01/2016)

Questar Corporation (03/31/2016)

Skullcandy, Inc. (02/12/2016)

Nu Skin Enterprises (01/21/2014)

Zagg (09/06/2012)

Freedom Investment Club, Ltd. (03/23/2010)

EXHIBIT L, PAGE 54

### Search Criteria

Filing Year: 2010 to 2020
District Court: D. Utah

---

🔍   Perform New Search

🔍   Modify Current Criteria

---

## About

About Us
Methodology
FAQ

Sponsors & Partners
· *Rock Center for Corporate Governance*
· *Cornerstone Research*

Register
Contact Us

Legal Notices

Back to top

Web site managed by the Research Data Services group of the Arthur and Toni Rembe Rock Center for Corporate Governance. Information licensed under Stanford University.

EXHIBIT L, PAGE 55