

PAUL R. BESSETTE (Bar No. 139675)
 *pbessette@kslaw.com*
MICHAEL J. BILES (Bar No. 186600)
 *mbiles@kslaw.com*
JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 *jakro@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone:  (213) 443-4355
Facsimile:   (213) 443-4310

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| BUCKS COUNTY EMPLOYEES RETIREMENT FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>     v.<br><br>MERIT MEDICAL SYSTEMS, INC., FRED P. LAMPROPOULOS, and RAUL PARRA,<br><br>          Defendants. | Case No. 8:19-cv-02326-DOC-ADS<br><br>**SUPPLEMENTAL DECLARATION OF RON FROST IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE**<br><br>Date:         May 11, 2020<br>Time:         8:30 a.m.<br>Place:        Courtroom 9D<br>Judge:       Hon. David O. Carter |

SUPPL. DECL. OF RON FROST IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE

I, Ron Frost, declare as follows:

1.     My name is Ron Frost.  I am over 18 years of age, of sound mind, and capable of making this declaration.  The facts stated in this declaration are within my personal knowledge or based on documents provided to me by others, and to the best of my knowledge are true and correct.

2.     I am the Chief Operating Officer at Merit Medical Systems, Inc. ("Merit").  As part of this role, I have personal knowledge of the Company's recent acquisitions, employee locations, potential witness knowledge, document locations, past litigation matters, and other various corporate information.

3.     Merit has undertaken a strategy of growing its business through acquisitions over the last decade.  This strategy has resulted in many acquisitions of public companies, private companies, product lines, and other assets.  As part of this strategy, Merit has acquired approximately one hundred companies and product lines throughout the world over the last decade.  Despite these acquisitions, the center of Merit's business has always remained in South Jordan, Utah.

4.     Three of the acquisitions in this long line of acquisitions were Merit's acquisitions of Cianna Medical, Inc., DFINE, Inc., and Brightwater Medical, Inc. in California.  Each of these were unique in how Merit acquired and integrated these companies into Merit as a whole.  For example, when Merit acquired Brightwater, it moved all of Brightwater's manufacturing operations to Texas, moved its senior control to Utah, and completely wound down the Brightwater facility in California. With Cianna, Merit made the strategic decision to move all of the senior control from the Aliso Viejo facility to Utah; it also decided to maintain the approximately 50 sales and marketing employees that Cianna had in place nationwide, but the employees began to report to Merit's Executive Vice President of Sales, Marketing, and Strategy in Utah after the acquisition.  Many of Cianna's sales employees did not work or reside in the Central District of California before or after the acquisition. //

1

SUPPL. DECL. OF RON FROST IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE

5.     Although Merit has sales employees throughout the world, the sales of Merit's products are directed from its headquarters in Utah.  Merit's Executive Vice President of Sales, Marketing and Strategy, Justin Lampropoulos, resides in Utah and works from Merit's headquarters in Utah.

6.     The Cianna acquisition, while large, was only one of many acquisitions that Merit chose to undertake in the last decade.  In particular, Cianna accounted for only 4.97 % of Merit's total revenue in 2019.

7.     Merit has been involved in two other cases in California in the last ten years.  First, Merit was sued by a California citizen in a personal injury lawsuit in Los Angeles County:  *Disi v. Merit Medical Systems, Inc.*, No. BC707011 (Sup. Ct. Cal.).  Second, Merit was sued in a trademark infringement case by a California company in the Central District of California: *Merit Pharmaceuticals v. Merit Medical Systems*, No. 2:14-cv-04280 (C.D. Cal. 2014).

8.     I'm also aware of the 2006 case that Merit filed in the Central District of California: *Merit Med. Sys. v. SCT Medicath*, No. 06-cv-00536-CJC-AN, (C.D. Cal. Jun. 6, 2006).  This was a patent infringement case where the Defendant had started selling infringing products in California.  Because Merit was not aware of sales anywhere else in the United States, the case had to be filed in California.  Merit obtained a judgment and injunction in less than one month after filing.

9.     It is my understanding that Fred Lampropoulos owns vacation homes in Newport Beach, California and Southern Utah.  It is also my understanding that he typically only spends a few weeks each year at his vacation home in Newport Beach, California, and spends the majority of the year in his residence in Salt Lake City, Utah.

//

//

//

//

2

SUPPL. DECL. OF RON FROST IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on April  27, 2020

_____

Ron Frost, Chief Operating Officer
Merit Medical Systems, Inc.

3