# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| IN RE MERIT MEDICAL SYSTEMS, INC. SECURITIES LITIGATION | Case No. 8:19-cv-02326-DOC-ADS *[Honorable David O. Carter]* |
| | ORDER REGARDING PARTIES' STIPULATION OF TIME TO ANSWER PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT   [74] |
| | Date: None Set Time: Under Submission Place: Courtroom 9D |
| | Complaint Filed: December 3, 2019 Trial Date: None Set |

Upon consideration of the Parties' Joint Stipulation Regarding Extension of Time to Answer Plaintiffs' Consolidated Class Action Complaint and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

Defendants' answer to the Consolidated Class Action Complaint, if necessary, shall be due 21 days after the Court rules on Defendants' objection to Magistrate Judge Spaeth's March 16, 2021 Report and Recommendation.

Dated: ___April 9_____, 2021    _____

THE HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

1

ORDER REGARDING PARTIES' STIPULATION OF TIME TO ANSWER PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT