UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MERIT MEDICAL SYSTEMS, INC. SECURITIES LITIGATION | Case No. 8:19-02326 DOC (ADS)<br><br>AMENDED ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DISMISSING CASE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Consolidated Class Action Complaint, Defendants' Motion to Dismiss Consolidated Class Action Complaint, Plaintiffs' Opposition to Defendants' Motion to Dismiss the Consolidated Class Action Complaint, Defendants' Reply Brief in Support of their Motion to Dismiss the Consolidated Class Action Complaint, and all related filings, along with the Report and Recommendation of the assigned United States Magistrate Judge dated March 16, 2021 [Dkt. No. 69], Defendants' Written Objections to the March 16, 2021 Report and Recommendation [Dkt. No. 73], and Plaintiffs' Response to Defendants' Objections to

Report and Recommendation of Magistrate Judge [Dkt. No. 76]. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation [Dkt. No. 69] is accepted;
2. Defendants' Motion to Dismiss Consolidated Class Action Complaint [Dkt. No. 56] is denied; and
3. Defendants' objections [Dkt. No. 73] are overruled.

DATED: May 3, 2021

THE HONORABLE DAVID O. CARTER
United States District Judge