1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE MERIT MEDICAL SYSTEMS, INC. SECURITIES LITIGATION | No. 8:19-cv-2326-DOC-ADS<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION REGARDING CASE DEADLINES**<br><br>Courtroom 9D<br>Judge: David O. Carter |

1  The Parties, by and through their undersigned attorneys of record, submit the
2  following Joint Notice of Settlement and Stipulation Regarding Case Deadlines:
3  WHEREAS, the Parties have reached an agreement in principle to resolve all
4  claims in this litigation on a class-wide basis, subject to the Court's approval (the
5  "Settlement");
6  WHEREAS, the Parties are diligently working to document the Settlement;
7  WHEREAS, following the documentation of the Settlement, Lead Plaintiffs
8  will file a motion for preliminary approval of the Settlement;
9  WHEREAS, the Parties believe that the Settlement will be documented, and
10 Lead Plaintiffs will be in a position to file their motion for preliminary approval of
11 the Settlement, in no more than 28 days; and
12 WHEREAS, in light of the Settlement and Lead Plaintiffs' forthcoming
13 motion for preliminary approval of the Settlement, the Parties respectfully request
14 the adjournment, at this time, of all pending case deadlines.
15 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by
16 and between the undersigned counsel, subject to approval of the Court, that:
17   1. All pending case deadlines are adjourned at this time; and
18   2. Lead Plaintiffs shall file their motion for preliminary approval of the
19      Settlement by no later than December 22, 2021.
20
21 **IT IS SO STIPULATED.**
22
23 Dated: November 24, 2021          Respectfully submitted,
24
25                                    By: */s David R. Kaplan*
26                                    **SAXENA WHITE P.A.**
27                                    David R. Kaplan (SBN 230144)
28

dkaplan@saxenawhite.com
Hani Y. Farah (SBN 307622)
hfarah@saxenawhite.com
12750 High Bluff Drive, Suite 475
San Diego, CA 92130
Telephone:   (858) 997-0860
Facsimile:    (858) 369-0096

Steven B. Singer
(appearing *pro hac vice*)
ssinger@saxenawhite.com
10 Bank Street, 8th Floor
White Plains, NY 10606
Telephone: (914) 437-8551
Facsimile: (888) 631-3611

*Attorneys for Lead Plaintiff the Atlanta Funds and Co-Lead Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Jonathan D. Uslaner*
Jonathan D. Uslaner (SBN 256898)
jonathanu@blbglaw.com
Lauren M. Cruz (SBN 299964)
lauren.cruz@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3472

John J. Rizio-Hamilton
(appearing *pro hac vice*)
jonhr@blbglaw.com
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

*Attorneys for Lead Plaintiff Baton Rouge and Co-Lead Counsel for the Class*

**KING & SPALDING LLP**

<u>/s/ Paul R. Bessette</u>
Paul R. Bessette (Bar No. 139675)
pbessette@kslaw.com
Michael J. Biles (Bar No. 186600)
mbiles@kslaw.com
Joseph N. Akrotirianakis (Bar No. 197971)
jakro@kslaw.com
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Cheri A. Grosvenor (*pro hac vice*)
cgrosvenor@kslaw.com
1180 Peachtree Street, NE
Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-2735

*Attorneys for Defendants*

**CERTIFICATE PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULE 5-4.3.4(A)(2)(I)**

I, David R. Kaplan, am the ECF User whose ID and password are being used to file the foregoing document. In compliance with Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the signatories herein concur in this filing's content and have authorized the filing.

Dated: November 24, 2021

*/s/ David R. Kaplan*
David R. Kaplan

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07**

I HEREBY CERTIFY that, on November 24, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users. I certify under penalty of perjury that the foregoing is true and correct.

Executed on November 24, 2021.

   /s/ David R. Kaplan
   David R. Kaplan