**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**                    JS-5

**CIVIL MINUTES – GENERAL**

Case No: SA CV 19-02326-DOC – (ADSx)          Date: December 7, 2021

Title:   "In re Merit Medical Systems, Inc. Securities Litigation"

PRESENT:   THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

|                         |                       |
|:-----------------------:|:---------------------:|
| Karlen Dubon            | Not Present           |
| Courtroom Clerk         | Court Reporter        |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|:--------------------------------:|:--------------------------------:|
| None Present                     | None Present                     |

**PROCEEDINGS:  (IN CHAMBERS):  ORDER VACATING ORDER TO DISMISS CIVIL CASE WITH PREJUDICE [102]**

On November 29, 2021, the Court issued an order dismissing and closed this case (Dkt. 102). The case was administratively closed in error and is now reopened.

The Clerk shall serve this minute order on the parties.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11
CIVIL-GEN                                             Initials of Deputy Clerk: kdu