**SAXENA WHITE P.A.**
David R. Kaplan (SBN 230144)
dkaplan@saxenawhite.com
Hani Y. Farah (SBN 307622)
hfarah@saxenawhite.com
12750 High Bluff Drive, Suite 475
San Diego, CA 92130
Telephone:   (858) 997-0860
Facsimile:    (858) 369-0096

*Attorneys for Lead Plaintiffs the Atlanta
Funds and Co-Lead Counsel for the
Proposed Settlement Class*

**BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP**
Jonathan D. Uslaner (SBN 256898)
jonathanu@blbglaw.com
Lauren M. Cruz (SBN 299964)
lauren.cruz@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3472

*Attorneys for Lead Plaintiff Baton
Rouge and Co-Lead Counsel for the
Proposed Settlement Class*

[Additional counsel appear on signature page]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE MERIT MEDICAL SYSTEMS, INC. SECURITIES LITIGATION | Case No. 8:19-cv-2326-DOC-ADS<br><br>**NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES**<br><br>Judge:    Hon. David O. Carter<br>Courtroom: 9D<br>Date:    April 13, 2022<br>Time:    8:30 a.m. |

TO: THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Lead Counsel Saxena White P.A. and Bernstein Litowitz Berger & Grossmann LLP ("Lead Counsel") hereby move the Court pursuant to Rule 23(e) of the Federal Rules of Civil Procedure for an Order: awarding (1) attorneys' fees in the amount equal to 30% of the Settlement Fund; (2) Lead Counsel's litigation expenses incurred in prosecuting this Action in the amount of $104,686.68; and (3) $8,892.01 to Lead Plaintiffs as reimbursement for the value of the time their employees dedicated to representing the Settlement Class in this Action. Pursuant to Local Rule 7-3, and as set forth in the Stipulation of Settlement, Lead Counsel has met and conferred with counsel for Defendants, and Defendants do not oppose this motion.

Pursuant to the Court's Order entered on January 3, 2022 (ECF No. 106), this Motion is set for hearing on April 13, at 8:30 a.m., before the Honorable David O. Carter of the United States District Court for the Central District of California, Courtroom 9D of the Ronald Regan Federal Building and United States Courthouse, 411 West Fourth Street, Santa Ana, CA 92701.

This Motion is based upon the accompanying Memorandum of Points and Authorities in Support of Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses, submitted herewith; Joint Declaration of David R. Kaplan and Jonathan D. Uslaner in Support of Lead Plaintiffs' Motion For Final Approval of Proposed Class Action Settlement and Plan of Allocation, and Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses and the exhibits thereto, submitted herewith; Stipulation and exhibits attached therewith; all pleadings and papers filed herein; arguments of counsel; and any other matters properly before the Court.

-1-

Dated:  March 9, 2022

Respectfully submitted,

**SAXENA WHITE P.A.**

/s/ *David R. Kaplan*
David R. Kaplan (SBN 230144)
dkaplan@saxenawhite.com
Hani Y. Farah (SBN 307622)
hfarah@saxenawhite.com
12750 High Bluff Drive, Suite 475
San Diego, CA 92130
Telephone: (858) 997-0860
Facsimile: (858) 369-0096

-and-

Steven B. Singer (appearing *pro hac vice*)
ssinger@saxenawhite.com
10 Bank Street, 8th Floor
White Plains, NY 10606
Tel: (914) 437-8551
Fax: (888) 631-3611

*Attorneys for Lead Plaintiffs the Atlanta Funds and Co-Lead Counsel for the Proposed Settlement Class*

**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**

/s/ *Jonathan D. Uslaner*
Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
Lauren M. Cruz (Bar No. 299964)
lauren.cruz@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3470

-and-

John J. Rizio-Hamilton
(appearing *pro hac vice*)
johnr@blbglaw.com
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

*Attorneys for Lead Plaintiff Baton Rouge and Co-Lead Counsel for the Proposed Settlement Class*

NOTICE OF MOTION AND
MOTION FOR ATTORNEYS' FEES
AND LITIGATION EXPENSES
CASE NO. 8:19-cv-2236-DOC-ADS