# Exhibit A

DocuSign Envelope ID: 572E24B8-4925-477C-BA8A-6633D3EB8704

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE MERIT MEDICAL SYSTEMS, INC. SECURITIES LITIGATION | Case No. 8:19-cv-2326-DOC-ADS |

Case No. 8:19-cv-2326-DOC-ADS

**DECLARATION OF FRANK SIMS CHAIRMAN OF THE CITY OF ATLANTA DEFINED BENEFIT PENSION PLAN INVESTMENT BOARD IN SUPPORT OF: (I) LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION; AND (II) LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES**

Judge: Hon. David O. Carter
Courtroom: 9D
Date: April 13, 2022
Time: 8:30 a.m.

DECLARATION OF FRANK SIMS
Case No. 8:19-cv-2326-DOC-ADS

I, Frank Sims, declare as follows:

1. I am the Chairman of the City of Atlanta Defined Benefit Pension Plan Investment Board ("Investment Board"), parent of City of Atlanta Police Pension Fund and City of Atlanta Firefighters' Pension Fund (the "Atlanta Funds" or "Atlanta P&F"), which is one of the Court-appointed Lead Plaintiffs in this Action. I submit this declaration on behalf of the Atlanta Funds and in support of (a) Lead Plaintiffs' Motion for Final Approval of Proposed Class Action Settlement and Plan of Allocation; and (b) Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses, which includes Lead Plaintiffs' request to recover the reasonable costs and expenses incurred in connection with its representation of the Settlement Class in the prosecution of this litigation.[1]

2. I have personal knowledge of the matters set forth in this Declaration, as I have been directly involved in monitoring and overseeing the prosecution of the Action and approving the Settlement, and I could and would testify competently to these matters.

## I.    Atlanta P&F's Oversight of the Action

3. Atlanta P&F is a public pension system based in Atlanta, Georgia. The current pension plans for Atlanta P&F were established by State legislators on April 1, 1978 to provide financial security to the police officers and firefighters of the City of Atlanta during their retirement years. As of January 31, 2022, Atlanta P&F has approximately $2.3 billion in assets under management. Atlanta P&F purchased shares of Merit common stock during the Settlement Class Period and suffered substantial losses as a result. Atlanta P&F is accustomed to serving as a

---

[1] When not defined herein, capitalized terms are defined in the Stipulation and Agreement of Settlement (ECF No. 105-1, the "Stipulation").

fiduciary, and believes that its active participation in appropriate litigation, such as this Action, is necessary to protect the interest of its pension fund participants.

4.      One of my responsibilities as Chairman involves overseeing litigation brought by Atlanta P&F, including with respect to this Action, which included monitoring Atlanta P&F's selected outside counsel for litigation with Atlanta P&F's fiduciary counsel, Edmund Emerson III (Morris, Manning & Martin, LLP) ("Fiduciary Counsel"), and participating in strategic decision making and settlement approval.

5.      Atlanta P&F, through the active and continuous involvement of myself, Brent Hullender, Trustee of Investment Board, Richard Light, Trustee of the Investment Board, Joshua Williams, Vice Chairman of the Investment Board, and Fiduciary Counsel, closely supervised, carefully monitored, and was actively involved in all material aspects of the prosecution and resolution of the Action. Atlanta P&F received periodic status reports from Saxena White on the case developments and participated in regular discussions with attorneys from Saxena White concerning the prosecution of the Action, the strengths of and risks to the claims, and potential settlement.  In particular, throughout the course of this Action, my colleagues and I: (a) communicated with Saxena White by email and telephone calls regarding the posture and progress of the case, as well as in-person discussions and presentations; (b) reviewed Atlanta P&F's Lead Plaintiff application, communicated with Saxena White, Co-Lead Counsel Bernstein Litowitz Berger & Grossmann LLP, and Employees' Retirement System of the City of Baton Rouge and Parish of East Baton Rouge ("Baton Rouge") regarding the lead plaintiff application, executed a Joint Declaration with Baton Rouge, and executed two certifications, on behalf of each fund, detailing Atlanta P&F's commitment to efficiently and effectively litigating the Class's claims under its

supervision; (c) reviewed significant pleadings, briefs, and decisions in the Action; (d) participated in the mediation process and consulted with Saxena White concerning the settlement negotiations as they progressed; and (e) along with the Investment Board, evaluated and approved the proposed Settlement.

6.     Atlanta P&F was advised of and participated in the settlement negotiations and the mediation process, including traveling to, and participating in the full-day mediation session before the Mediator in Newport Beach, California, reviewing the Parties' respective mediation statements and related materials, and conferring with Saxena White regarding the Parties' respective positions.

## II.     Atlanta P&F Strongly Endorses the Settlement

7.     Based on its participation throughout the prosecution and resolution of the claims in the Action, Atlanta P&F believes that the proposed Settlement is fair, reasonable, and adequate to the Settlement Class.  The Settlement provides an excellent recovery for the Settlement Class, particularly in light of the risks of continued litigation.

8.     The prosecution and settlement of this Action required extensive efforts on the part of Lead Counsel, particularly given the complexity of the legal and factual issues and the vigorous defense by Defendants and their defense counsel.  The risk of no recovery was very real here, and there was no guarantee that the entirety of Lead Plaintiffs' remaining claims (*i.e.*, those that survived Defendants' motion to dismiss) would survive a motion for summary judgment, much less succeed at trial or the inevitable appellate practice.

9.     Atlanta P&F believes the Settlement represents a favorable recovery for the Settlement Class, particularly in light of the substantial risks of continuing to prosecute the claims in this case and in recovering a judgment larger than the

proposed Settlement. Therefore, Atlanta P&F strongly endorses approval of the Settlement by the Court.

**III.    Atlanta P&F Supports Lead Counsel's Motion For Attorneys' Fees And Litigation Expenses**

10.    While it is understood that the ultimate determination of Lead Counsel's requests for attorneys' fees and expenses rests with the Court, Atlanta P&F believes that the request for an award of attorneys' fees in the amount of 30% of the Settlement Fund is fair and reasonable in light of the result achieved in the Action, the risks undertaken, and the quality and extent of work that Plaintiffs' Counsel performed on behalf of the Class. The fee requested is also consistent with a retainer agreement entered into between Atlanta P&F and Lead Counsel at the outset of the litigation. After the agreement to settle the Action was reached, Atlanta P&F again evaluated the fee request by considering the substantial recovery obtained for the Settlement Class in this Action, the risks of the Action, and its observations of the high-quality worked performed by Lead Counsel throughout the Action, and has authorized this fee request to the Court for its ultimate determination.

11.    Atlanta P&F takes seriously its role as a lead plaintiff to ensure that attorneys' fees are fair in light of the result achieved for the Class and reasonably compensate Lead Counsel for the work involved and the substantial risks Lead Counsel undertook in litigating the Action. Atlanta P&F strongly endorses approval of the Settlement by the Court.

12.    Atlanta P&F further believes that the litigation expenses being requested for reimbursement to Plaintiffs' Counsel are reasonable, and represent costs and expenses necessary for the initiating, prosecution, and resolution of the claims in the Action. Based on the foregoing, and consistent with its obligation to

DocuSign Envelope ID: 572E24B8-4925-477C-BA8A-6633D3EB8704

the Class to obtain the best result at the most efficient costs, Atlanta P&F fully supports Lead Counsel's motion for attorneys' fees and litigation expenses.

## IV.    Atlanta P&F's Representative Reimbursement

13.    Atlanta P&F understands that reimbursement of a class representative's reasonable costs and expenses is authorized under the PSLRA, which provides for an "award of reasonable costs and expenses (including lost wages) directly relating to the representation of the class to any representative party serving on behalf of a class."  For this reason, in connection with Lead Counsel's request for reimbursement of Litigation Expenses, Atlanta P&F seeks reimbursement for the costs and expenses that it incurred directly related to its representation of the Settlement Class in the Action.

14.    Atlanta P&F respectfully submits that the time that my colleagues and I devoted to pursuing the Class's interests in this Action was time we otherwise would have devoted to other work for Atlanta P&F, and thus represents a direct cost to Atlanta P&F.  Considering my colleagues and I devoted approximately 55 hours overseeing the prosecution of this action and applying a reasonable blended hourly rate of $100 per hour for our work, Atlanta P&F seeks reimbursement in the amount of $5,500. [2]

## V.    Conclusion

15.    In conclusion, Atlanta P&F, one of the Court-appointed Lead Plaintiffs and Class Representatives for the Class, which was closely involved through the prosecution and settlement of the Action, strongly endorses the Settlement as fair, reasonable, and adequate, and believes it represents a favorable

---

[2] While Atlanta P&F devoted a significant amount of time to this Action, our request for reimbursement of costs is based on a very conservative estimate of the amount of time we collectively spent on this litigation.

recovery for the Class in light of the risks of continued litigation. Atlanta P&F further supports Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses and believes that it represents fair and reasonable compensation for counsel in light of the recovery obtained for the Class, the substantial work conducted, and the litigation risks. And finally, Atlanta P&F requests reimbursement for its expenses under the PSLRA as set forth above. Accordingly, Atlanta P&F respectfully requests that the Court approve: (i) Lead Plaintiffs' Motion for Approval of Proposed Class Action Settlement and Plan of Allocation; and (ii) Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of March, 2022.

DocuSigned by:

FRANK SIMS

123BAEC76FF24E9...

FRANK SIMS