# Exhibit 1

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE MERIT MEDICAL SYSTEMS, INC. SECURITIES LITIGATION | Case No. 8:19-cv-2326-DOC-ADS<br><br>**SUPPLEMENTAL DECLARATION OF ERIC J. MILLER REGARDING: (A) MAILING OF THE NOTICE AND PROOF OF CLAIM FORM; AND (B) REPORT ON REQUESTS FOR EXCLUSION RECEIVED**<br><br>Judge: Hon. David O. Carter<br>Courtroom: 9D<br>Date: April 13, 2022<br>Time: 8:30 a.m. |

I, Eric J. Miller, hereby declare under penalty of perjury as follows:

1. I am a Senior Vice President of A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"), whose Corporate Office is located in Milwaukee, Wisconsin.  Pursuant to the Court's January 3, 2022 Order Preliminarily Approving Settlement and Providing for Notice of the Settlement (ECF No. 106) (the "Preliminary Approval Order"), A.B. Data was authorized to act as the Claims Administrator in connection with the above-captioned action (the "Action").  I submit this Declaration as a supplement to my earlier declaration, the Declaration of Eric J. Miller Regarding (A) Mailing of the Notice and Proof of Claim Form; (B) Proof of Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections Received to Date (ECF No. 111-3) (the "Initial Mailing Declaration").  I am over 21 years of age and am not a party to the Action.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

**CONTINUED DISSEMINATION OF THE NOTICE PACKET**

2. Since the execution of my Initial Mailing Declaration, A.B. Data has continued to disseminate copies of the Notice and Claim Form (the "Notice Packet") in response to additional requests from potential members of the Settlement Class, brokers, and nominees.  Through April 5, 2022, A.B. Data has mailed a total of 25,886 Notice Packets to potential Settlement Class Members and nominees.  In addition, A.B. Data has re-mailed a total of 124 Notice Packets to persons whose original mailing was returned by the U.S. Postal Service and for whom updated addresses were provided to A.B. Data by the Postal Service.

**TELEPHONE HELPLINE AND WEBSITE**

3. A.B. Data continues to maintain the toll-free telephone number (1-877-242-2522) with an interactive voice response system ("IVR") and live operators during business hours to accommodate any inquiries from potential members of the

-1-

Settlement Class. Throughout the administration of the Settlement, A.B. Data has received 14 in-bound calls, which included 1 hour and 18 minutes spent by callers interacting with the IVR and 1 hour 17 minutes speaking with A.B. Data's live operators. A.B. Data has made 7 out-bound calls to respond to messages left or to follow up on earlier communications.

4. A.B. Data also continues to maintain the dedicated website for the Action (www.MeritMedicalSecuritiesLitigation.com) in order to assist potential members of the Settlement Class. On March 10, 2022, A.B. Data posted to the website copies of the papers filed in support of the motion for final approval of the Settlement and Plan of Allocation and in support of Lead Counsel's motion for attorneys' fees and litigation expenses. A.B. Data will continue maintaining and, as appropriate, updating the website and toll-free telephone number until the conclusion of the administration.

## REPORT ON REQUESTS FOR EXCLUSION RECIEVED

5. The Notice provided Settlement Class Members with an opportunity to request exclusion from the Settlement Class by submitting a request for exclusion by March 23, 2022. Specifically, the Notice informed potential Settlement Class Members that requests for exclusion from the Settlement Class were to be mailed or otherwise delivered, addressed to *Merit Medical Securities Litigation*, EXCLUSIONS, c/o A.B. Data, Ltd., P.O. Box 173001, Milwaukee, WI 53217, such that they were received by A.B. Data no later than March 23, 2022. A.B. Data has received one request for exclusion. The request for exclusion received is attached hereto as Exhibit 1. In the interests of privacy, the request has been redacted to remove the investor's street address and telephone number.

1  I declare under penalty of perjury that the foregoing is true and correct.
2  Executed on April 5, 2022, at Palm Beach Gardens, Florida.

_____
Eric J. Miller

# EXHIBIT 1

Case 8:19-cv-02326-DOC-ADS   Document 114-1   Filed 04/06/22   Page 6 of 9   Page ID #:1969

Merit Medical - 54533

144916133

MAR 15 2022

Sally C. Peterson

March 9th, 2022

Merit Medical Securities Litigation,
EXCLUSIONS,
c/o A.B. Data Ltd.,
P.O. Box 173001
Milwaukee WI 53217

TO WHOM IT MAY CONCERN

Sally C Peterson requests exclusion from the Settlement Class in In re Merit Medical Systems, Inc. Securities Litigation, Master File No. No. 8:19-cv-02326-DOC-ADS (C.D. Cal.)

(A) Number of Shares of Merit common stock owned as of opening of trading on February 26th 2019 = Zero.

(B) Number of Shares of Merit common stock purchased on May 3rd 2019 = 20 at a purchase price of $55.4344 per share.
Number of Shares of Merit common stock sold on June 21st 2019 = 20 at a sale price of $60.80510.

Signed: 
Sally C. Peterson

Sally C. Peterson

Merit Medical Securities Litigation
Exclusions,
c/o A.B. Data Ltd.,
P.O. Box 173001,
Milwaukee, WI. 53217