**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No: SA CV 19-02326-DOC-(ADSx)                     Date: April 13, 2022

Title:   "In re Merit Medical Systems, Inc. Securities Litigation"

PRESENT:   THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

|                          |                        |
|--------------------------|------------------------|
| Karlen Dubon             | Court Smart            |
| Courtroom Clerk          | Court Reporter         |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|----------------------------------|----------------------------------|
| Dave Kaplan                      | Michael Biles                    |
| Jonathan Uslaner                 |                                  |

**PROCEEDINGS:**   **MOTION FOR SETTLEMENT APPROVAL OF PRELIMINARY APPROVAL OF SETTLEMENT [105]**

**MOTION FOR SETTLEMENT APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION [107]**

**PLTF.'S MOTION FOR ATTORNEY FEES AND LITIGATION EXPENSES [109]**

The case is called. The Court hears arguments.

The Court approves proposed settlement, parties are ordered to file proposed orders no later than Friday, April 15, 2022.

:     23

Initials of Deputy Clerk: kdu