# EXHIBIT E

# Late But Otherwise Eligible Claims

EXHIBIT 1

Exhibit Summary - Total Claims: 35; Total Recognized Claim:  $463,751.28

| Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim |
|---|---|---|---|---|---|---|---|
| 76463956 | $5,900.84 | 76605105 | $2,518.60 | 76605117 | $472.47 | 76605130 | $1,323.20 |
| 76554497 | $334.50 | 76605106 | $21.08 | 76605118 | $42.50 | 76607212 | $38,163.80 |
| 76554498 | $1,449.50 | 76605107 | $13.26 | 76605120 | $472.47 | 76607213 | $28,193.48 |
| 76554516 | $2,007.00 | 76605108 | $176.91 | 76605122 | $53.97 | 76608230 | $92,576.08 |
| 76572554 | $7,307.51 | 76605109 | $89.58 | 76605123 | $1,328.96 | 76693879 | $135,059.56 |
| 76572555 | $256.45 | 76605110 | $30.26 | 76605124 | $23.12 | 76758647 | $4,523.20 |
| 76584736 | $14,532.62 | 76605111 | $12.58 | 76605127 | $472.47 | 76791771 | $98,042.93 |
| 76585245 | $27,540.00 | 76605112 | $28.56 | 76605128 | $39.78 | 144914357 | $15.42 |
| 76585246 | $673.20 | 76605116 | $43.86 | 76605129 | $11.56 | | |